EAST BATON ROUGE PARISH
C-721887
Filed Aug 04, 2022 1:16 PM
Deputy Clerk of Court
E-File Received Aug 04, 2022 12:29 PM

Case 3:22-cv-00627-SDD-RLB   Document 1-2   09/09/22   Page 1 of 5

| | |
|---|---|
| CURTIS ANDING | DOCKET NO:   SECTION: |
| | |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | |
| | |
| | PARISH OF EAST BATON ROUGE |
| ACE AMERICAN INSURANCE COMPANY, RUAN TRANSPORT CORPORATION AND | |
| CARL A. GREER | STATE OF LOUISIANA |

*************************************************************************

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **CURTIS ANDING,** a person of legal age and majority, domiciled in Louisiana, who respectfully represents the following Petition for Damages to wit:

1.

Made defendants herein are the following:

A.  **ACE AMERICAN INSURANCE COMPANY,** upon information and belief, a foreign insurance company licensed to do and doing business in the State of Louisiana whose registered agent for service is, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

B.  **RUAN LOGISTICS CORPORATION,** upon information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana, who can be served through its registered agent, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816; and,

D.  **CARL A. GREER,** upon information and belief, a person of the full age of majority, domiciled in the State of Texas, that through his negligence has caused injury and damages to a citizen of this State and is therefore amendable to the exercise of personal jurisdiction by this Honorable Court, pursuant to the provisions of the Louisiana Long-Arm Statute, La. R.S. 13:3201, et seq., and that can be served, at 16400 CR 1261, Flint, Texas 75762.

2.

The above named defendants are justly and truly indebted, jointly and *in solido*, unto the Petitioner for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for the following reasons:

3.

On or about February 3, 2022, at approximately 5:45 a.m., Plaintiff, **CURTIS ANDING**, was operating a 2001 Dodge Ram 1500, hereinafter referred to as the "**ANDING VEHICLE**" traveling south on Highway 3110, in Natchitoches Parish, Louisiana.

4.

At the same time, **CARL A. GREER** was operating a 2018 Freightliner Cascadia, owned by **RUAN LOGISTICS CORPORATION,** hereinafter referred to as the "**18-WHEELER**", traveling south on Highway 3110, an unknown distance behind the **ANDING VEHICLE.**

**EXHIBIT A**

5.

Shortly thereafter, the **ANDING VEHICLE** began to slow down and then came to a complete stop in preparation to make a left turn.

6.

At which time, the **18-WHEELER** failed to slow down or stop and suddenly and without warning crashed into the rear of the **ANDING VEHICLE,** causing a violent collision between the vehicles and causing injuries to **CURTIS ANDING.**

7.

As a result of the above-described collision, petitioner, **CURTIS ANDING**, sustained severe and disabling injuries and was admitted to the ICU. Plaintiff's injuries include, but are not limited to:

1) Traumatic brain injury;

2) Subdural hematoma;

3) Scalp laceration;

4) Severe headaches;

5) Memory impairment;

6) Cognitive impairment;

7) Confusion;

8) Dizziness/Vertigo;

9) Neck pain;

10) Spine injury requiring a 5-level spinal fusion;

11) Shoulder pain;

12) Arm pain;

13) Elbow pain;

14) Wrist pain;

15) Back pain;

16) Hip pain;

17) Leg pain;

18) Knee pain;

19) General soreness to the body as a whole; and

20) Other injuries which will be more fully established at trial.

8.

Petitioner, **CURTIS ANDING**, claims the following damages as a result of this collision and his injuries:

1) Physical pain and suffering – past, present and future;

2) Mental pain, anguish and distress– past, present and future;

3) Loss of enjoyment of life – past, present and future;

4) Disability – past, present and future;

5) Medical expenses – past, present and future. Plaintiff's medical expenses are currently more than $250,000.00 and continue to increase daily;

6) Lost Wages– past, present and future;

7) Loss of earnings capacity– past, present and future;

8) Scarring;

9) Loss of household services– past, present and future;

10) Property Damage; and

11) Other elements of damages to be more fully set forth at the trial of this matter.

9.

Petitioner avers that **CARL A. GREER** and **RUAN LOGISTICS CORPORATION**, are liable for all such damages caused by their fault and neglect under LA C.C. art. 2315.

10.

Petitioner alleges that the proximate cause of the above-described collision was the fault and/or negligence of **CARL A. GREER**, which is described in part but not exclusively as follows:

1) In failing to see what he should have seen and if have seen, in failing to heed;

2) In failing to maintain control of his vehicle;

3) In failing to keep a proper lookout;

4) In operating a vehicle at an excessive rate of speed under the circumstances;

5) In driving in a reckless and/or careless manner;

6) In crashing into the rear of a vehicle;

7) In following too closely;

8) In driving while distracted; and

9) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and ordinances.

11.

Petitioner is informed, believes, and therefore alleges that at all times material hereto, **CARL A. GREER** was in the course and scope of his employment with defendant, **RUAN LOGISTICS CORPORATION,** causing **RUAN LOGISTICS CORPORATION** to be responsible for any and all negligence and fault of **CARL A. GREER** in connection with the above-described incident. Petitioner therefore specifically pleads the doctrine of respondeat superior under LA C.C. art 2320.

12.

In addition to the negligence alleged heretofore, Petitioner alleges that a substantial cause of the above-described collision was the fault and/or negligence of **RUAN LOGISTICS CORPORATION,** which is described in part, but not exclusively as follows:

1)  In failing to provide proper driving training;

2)  In failing to employ a safe and competent driver;

3)  In failing to properly supervise and instruct its drivers;

4)  In permitting their employees to drive while distracted; and

5)  Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and ordinances.

13.

Plaintiff is informed, believes, and therefore alleges that at the time of the above described collision the defendant, **ACE AMERICAN INSURANCE COMPANY**, had issued a policy of liability insurance that provided coverage to the **18-WHEELER**, and under the laws of the State of Louisiana, was in full force and effect at the time of the collision, and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

14.

**WHEREFORE, PLAINTIFF PRAYS** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Plaintiff, **CURTIS ANDING,** and against the Defendants, **ACE AMERICAN INSURANCE COMPANY, RUAN LOGISTICS CORPORATION AND CARL A. GREER**, jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted:

**GORDON McKERNAN INJURY ATTORNEYS**

_____
RICHARD F. ZIMMERMAN, III (#31374)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone: (225) 388-3115
Facsimile: (225) 490-4519 or 225-228-2893
Email: Richard@getgordon.com

**PLEASE SERVE:**

**ACE AMERICAN INSURANCE COMPANY**
Through its Registered Agent:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**RUAN LOGISTICS CORPORATION**
Through its Registered Agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**CARL A. GREER**
Via Louisiana Long-Arm Statute, La. R.S. 13:3201, et seq.
16400 CR 1261
Flint, Texas 75762