NC020322A                                        Calculation Summary

> ***Time-Distance Calculations from PRT to POI:***

- o Per video:
  - ▪ Freightliner applied heavy braking and steered left:
    - • t = 2.5sec to POI
    - • s = 55mph (81fps)
    - • d = 160ft to POI – approximated from video calculations

- o Distance for Brake lag:
  - ▪ $d = v * t$
    - • v = 81fps (55mph)
    - • t = 0.5sec
      - o d = 40.5ft

- o PRT – 2sec:
  - ▪ $d = v * t$
    - • v = 81fps (55mph)
    - • t = 2sec – normal PRT
      - o d = 162ft
  - ▪ Total:
    - • d = 160+40+162 = 362ft
    - • t = 2.5+0.5+2 = 5sec

- o PRT – IDRR Min (0.7sec):
  - ▪ $d = v * t$
    - • v = 81fps (55mph)
    - • t = 0.7sec – IDRR minimum
      - o d = 57ft
  - ▪ Total:
    - • d = 160+40+57 = 257ft
    - • t = 2.5+0.5+0.7 = 3.7sec

> ***Avoidance by Traveling Lower Speed:***
- o Solving for speed to brake to a stop in 160ft at -0.35g braking:
  - ▪ $v_i = \sqrt{v_e^2 - 2ad}$
    - • $v_e$ = 0mph
    - • d = 160ft
    - • a = -0.35g
      - o $v_i$ = 41mph



NC020322A                                    Calculation Summary

➢ **_Avoidance by Reducing Speed by 1/3 Speed Limit – per Company Manual:_**
  - o Speed limit = 50mph; 1/3 of 50mph = approx. 35mph(51fps)
  - o Solving for braking rate to brake to a stop in 160ft from 35mph:
    - ▪ $a = \dfrac{v_e{}^2 - v_i{}^2}{2d}$
      - • $v_e$ = 0mph
      - • $v_i$ = 35mph (51fps)
      - • d = 160ft
        - o a = -0.26g

➢ **_1000ft Visibility Requirements per LA Revised Statute:_**
  - o Per LA RS 32:304 (A), 1000ft visibility; assume 500ft for calcs

  - o From 55mph:
    - ▪ PRT = 2sec, d = 162ft
    - ▪ Brake Lag = 0.5sec, d = 40ft
    - ▪ Remaining 500-162-40 = 298ft for braking
    - ▪ Solving for braking rate to brake to a stop in 298ft from 55mph:
      - • $a = \dfrac{v_e{}^2 - v_i{}^2}{2d}$
        - o $v_e$ = 0mph
        - o $v_i$ = 55mph (81fps)
        - o d = 298ft
          - ▪ a = -0.34g braking

  - o From 50mph (73fps):
    - ▪ PRT = 2sec, d = 146ft
    - ▪ Brake Lag = 0.5sec, d = 37ft
    - ▪ Remaining 500-146-37 = 317ft for braking
    - ▪ Solving for braking rate to brake to a stop in 317ft from 50mph:
      - • $a = \dfrac{v_e{}^2 - v_i{}^2}{2d}$
        - o $v_e$ = 0mph
        - o $v_i$ = 50mph (73fps)
        - o d = 317ft
          - ▪ a = -0.26g braking

NC020322A                               Calculation Summary

> ***IDRR Scenarios***





NC020322A                                Calculation Summary





NC020322A                                    Calculation Summary

➢ *Video Calculations:*

| Events | FWD | LAT | Frame | Time | Time to POI | Speed (mph) | Velocity (fps) | Accel (g's) | Incremental Distance | Distance from POI | 1/2 Sec Accel (g's) | 1 sec Accel (g's) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.05 | 0.03 | 1 | -7.90 | 9.80 | 55 | 81 | | | | | |
| | 0.04 | 0.02 | 2 | -7.80 | 9.70 | 55 | 81 | 0.00 | 8.1 | 739 | | |
| | 0.03 | 0.01 | 3 | -7.70 | 9.60 | 55 | 81 | 0.00 | 8.1 | 730 | | |
| | 0.03 | -0.04 | 4 | -7.60 | 9.50 | 55 | 81 | 0.00 | 8.1 | 722 | | |
| | 0.03 | -0.03 | 5 | -7.50 | 9.40 | 55 | 81 | 0.00 | 8.1 | 714 | | |
| | 0.08 | -0.04 | 6 | -7.40 | 9.30 | 55 | 81 | 0.00 | 8.1 | 706 | | |
| | 0.07 | -0.05 | 7 | -7.30 | 9.20 | 55 | 81 | 0.00 | 8.1 | 698 | | |
| | 0.03 | -0.06 | 8 | -7.20 | 9.10 | 55 | 81 | 0.00 | 8.1 | 690 | | |
| | 0.03 | -0.08 | 9 | -7.10 | 9.00 | 55 | 81 | 0.00 | 8.1 | 682 | 0.00 | |
| | 0.04 | -0.08 | 10 | -7.00 | 8.90 | 55 | 81 | 0.00 | 8.1 | 674 | | |
| | 0.10 | -0.06 | 11 | -6.90 | 8.80 | 55 | 81 | 0.00 | 8.1 | 666 | | |
| | 0.11 | -0.02 | 12 | -6.80 | 8.70 | 55 | 81 | 0.00 | 8.1 | 658 | | |
| | 0.07 | 0.03 | 13 | -6.70 | 8.60 | 55 | 81 | 0.00 | 8.1 | 650 | | |
| | -0.06 | -0.02 | 14 | -6.60 | 8.50 | 55 | 81 | 0.00 | 8.1 | 642 | 0.00 | |
| | 0.06 | -0.04 | 15 | -6.50 | 8.40 | 55 | 81 | 0.00 | 8.1 | 634 | | |
| | 0.09 | -0.05 | 16 | -6.40 | 8.30 | 55 | 81 | 0.00 | 8.1 | 626 | | |
| | 0.10 | -0.06 | 17 | -6.30 | 8.20 | 55 | 81 | 0.00 | 8.1 | 618 | | |
| | 0.05 | 0.05 | 18 | -6.20 | 8.10 | 55 | 81 | 0.00 | 8.1 | 609 | | |
| | 0.10 | 0.02 | 19 | -6.10 | 8.00 | 55 | 81 | 0.00 | 8.1 | 601 | 0.00 | 0.00 |
| | -0.06 | -0.03 | 20 | -6.00 | 7.90 | 55 | 81 | 0.00 | 8.1 | 593 | | |
| | -0.07 | -0.04 | 21 | -5.90 | 7.80 | 55 | 81 | 0.00 | 8.1 | 585 | | |
| | 0.05 | -0.03 | 22 | -5.80 | 7.70 | 55 | 81 | 0.00 | 8.1 | 577 | | |
| | 0.06 | -0.02 | 23 | -5.70 | 7.60 | 55 | 81 | 0.00 | 8.1 | 569 | | |
| | 0.06 | 0.02 | 24 | -5.60 | 7.50 | 55 | 81 | 0.00 | 8.1 | 561 | 0.00 | |
| | 0.04 | 0.03 | 25 | -5.50 | 7.40 | 55 | 81 | 0.00 | 8.1 | 553 | | |
| | 0.09 | 0.05 | 26 | -5.40 | 7.30 | 55 | 81 | 0.00 | 8.1 | 545 | | |
| | 0.09 | -0.04 | 27 | -5.30 | 7.20 | 55 | 81 | 0.00 | 8.1 | 537 | | |
| | -0.05 | 0.04 | 28 | -5.20 | 7.10 | 55 | 81 | 0.00 | 8.1 | 529 | | |
| | 0.07 | 0.03 | 29 | -5.10 | 7.00 | 55 | 81 | 0.00 | 8.1 | 521 | 0.00 | 0.00 |
| | -0.05 | -0.05 | 30 | -5.00 | 6.90 | 55 | 81 | 0.00 | 8.1 | 513 | | |
| | 0.08 | -0.07 | 31 | -4.90 | 6.80 | 55 | 81 | 0.00 | 8.1 | 505 | | |
| | 0.09 | -0.07 | 32 | -4.80 | 6.70 | 55 | 81 | 0.00 | 8.1 | 497 | | |
| | 0.06 | -0.03 | 33 | -4.70 | 6.60 | 55 | 81 | 0.00 | 8.1 | 488 | | |
| | 0.03 | -0.03 | 34 | -4.60 | 6.50 | 55 | 81 | 0.00 | 8.1 | 480 | 0.00 | |
| | -0.03 | -0.04 | 35 | -4.50 | 6.40 | 55 | 81 | 0.00 | 8.1 | 472 | | |
| | 0.08 | -0.02 | 36 | -4.40 | 6.30 | 55 | 81 | 0.00 | 8.1 | 464 | | |
| | 0.07 | -0.02 | 37 | -4.30 | 6.20 | 55 | 81 | 0.00 | 8.1 | 456 | | |
| | 0.05 | -0.04 | 38 | -4.20 | 6.10 | 55 | 81 | 0.00 | 8.1 | 448 | | |
| | 0.05 | -0.08 | 39 | -4.10 | 6.00 | 55 | 81 | 0.00 | 8.1 | 440 | 0.00 | 0.00 |
| | -0.03 | -0.07 | 40 | -4.00 | 5.90 | 55 | 81 | 0.00 | 8.1 | 432 | | |
| | 0.12 | -0.08 | 41 | -3.90 | 5.80 | 55 | 81 | 0.00 | 8.1 | 424 | | |
| | 0.11 | -0.07 | 42 | -3.80 | 5.70 | 55 | 81 | 0.00 | 8.1 | 416 | | |
| | -0.05 | -0.02 | 43 | -3.70 | 5.60 | 55 | 81 | 0.00 | 8.1 | 408 | | |
| | -0.07 | -0.04 | 44 | -3.60 | 5.50 | 55 | 81 | 0.00 | 8.1 | 400 | 0.00 | |
| | 0.12 | -0.05 | 45 | -3.50 | 5.40 | 55 | 81 | 0.00 | 8.1 | 392 | | |
| | 0.17 | -0.05 | 46 | -3.40 | 5.30 | 55 | 81 | 0.00 | 8.1 | 384 | | |
| | 0.09 | -0.03 | 47 | -3.30 | 5.20 | 55 | 81 | 0.00 | 8.1 | 375 | | |
| | -0.06 | 0.01 | 48 | -3.20 | 5.10 | 55 | 81 | 0.00 | 8.1 | 367 | | |
| Start of PRT (Assuming 2.0sec) | -0.02 | 0.02 | 49 | -3.10 | 5.00 | 55 | 81 | 0.00 | 8.1 | 359 | 0.00 | 0.00 |
| | 0.10 | 0.02 | 50 | -3.00 | 4.90 | 55 | 81 | 0.00 | 8.1 | 351 | | |
| | 0.07 | -0.02 | 51 | -2.90 | 4.80 | 55 | 81 | 0.00 | 8.1 | 343 | | |
| | 0.06 | -0.03 | 52 | -2.80 | 4.70 | 55 | 81 | 0.00 | 8.1 | 335 | | |
| | 0.07 | -0.03 | 53 | -2.70 | 4.60 | 55 | 81 | 0.00 | 8.1 | 327 | | |
| | -0.03 | 0.02 | 54 | -2.60 | 4.50 | 55 | 81 | 0.00 | 8.1 | 319 | 0.00 | |
| | 0.07 | -0.03 | 55 | -2.50 | 4.40 | 55 | 81 | 0.00 | 8.1 | 311 | | |
| | 0.07 | -0.03 | 56 | -2.40 | 4.30 | 55 | 81 | 0.00 | 8.1 | 303 | | |
| | 0.04 | -0.03 | 57 | -2.30 | 4.20 | 55 | 81 | 0.00 | 8.1 | 295 | | |
| | 0.04 | -0.05 | 58 | -2.20 | 4.10 | 55 | 81 | 0.00 | 8.1 | 287 | | |
| | 0.03 | -0.03 | 59 | -2.10 | 4.00 | 55 | 81 | 0.00 | 8.1 | 279 | 0.00 | 0.00 |
| | 0.08 | -0.05 | 60 | -2.00 | 3.90 | 55 | 81 | 0.00 | 8.1 | 271 | | |
| | 0.07 | -0.04 | 61 | -1.90 | 3.80 | 55 | 81 | 0.00 | 8.1 | 263 | | |
| Start of PRT (Assuming 0.7sec) | 0.03 | -0.02 | 62 | -1.80 | 3.70 | 55 | 81 | 0.00 | 8.1 | 254 | | |
| | 0.06 | -0.04 | 63 | -1.70 | 3.60 | 55 | 81 | 0.00 | 8.1 | 246 | | |
| | 0.07 | -0.03 | 64 | -1.60 | 3.50 | 55 | 81 | 0.00 | 8.1 | 238 | 0.00 | |

NC020322A                                   Calculation Summary

| Label | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0.05 | -0.04 | 65 | -1.50 | 3.40 | 55 | 81 | 0.00 | 8.1 | 230 | | |
|  | 0.03 | -0.04 | 66 | -1.40 | 3.30 | 55 | 81 | 0.00 | 8.1 | 222 | | |
| 1st oncoming vehicle at front of truck | 0.05 | -0.02 | 67 | -1.30 | 3.20 | 55 | 81 | 0.00 | 8.1 | 214 | | |
|  | 0.09 | -0.02 | 68 | -1.20 | 3.10 | 55 | 81 | 0.00 | 8.1 | 206 | | |
| Start of Brake Lag (0.5sec) | 0.07 | -0.01 | 69 | -1.10 | 3.00 | 55 | 81 | 0.00 | 8.1 | 198 | 0.00 | 0.00 |
|  | -0.03 | -0.02 | 70 | -1.00 | 2.90 | 55 | 81 | 0.00 | 8.1 | 190 | | |
| 1st oncoming vehicle passed | -0.09 | -0.02 | 71 | -0.90 | 2.80 | 55 | 81 | 0.00 | 8.1 | 182 | | |
|  | -0.09 | -0.05 | 72 | -0.80 | 2.70 | 55 | 81 | 0.00 | 8.1 | 174 | | |
|  | -0.13 | -0.06 | 73 | -0.70 | 2.60 | 55 | 81 | 0.00 | 8.1 | 166 | | |
| Start of deceleration | -0.31 | -0.11 | 74 | -0.60 | 2.50 | 48 | 70 | -3.19 | 7.6 | 158 | -0.64 | |
| 2nd oncoming vehicle at front of truck | -0.39 | -0.16 | 75 | -0.50 | 2.40 | 48 | 70 | 0.00 | 7.0 | 150 | | |
|  | -0.40 | -0.17 | 76 | -0.40 | 2.30 | 48 | 70 | 0.00 | 7.0 | 143 | | |
| 2nd oncoming vehicle passed | -0.43 | -0.16 | 77 | -0.30 | 2.20 | 48 | 70 | 0.00 | 7.0 | 136 | | |
|  | -0.39 | -0.11 | 78 | -0.20 | 2.10 | 48 | 70 | 0.00 | 7.0 | 129 | | |
| 18-wheeler over center line | -0.33 | -0.08 | 79 | -0.10 | 2.00 | 45 | 66 | -1.37 | 6.8 | 122 | -0.27 | -0.46 |
|  | -0.27 | -0.07 | 80 | 0.00 | 1.90 | 45 | 66 | 0.00 | 6.6 | 115 | | |
|  | -0.31 | -0.08 | 81 | 0.10 | 1.80 | 45 | 66 | 0.00 | 6.6 | 108 | | |
|  | -0.29 | -0.08 | 82 | 0.20 | 1.70 | 45 | 66 | 0.00 | 6.6 | 102 | | |
|  | -0.30 | -0.08 | 83 | 0.30 | 1.60 | 45 | 66 | 0.00 | 6.6 | 95 | | |
|  | -0.37 | -0.09 | 84 | 0.40 | 1.50 | 45 | 66 | 0.00 | 6.6 | 89 | 0.00 | |
|  | -0.42 | -0.07 | 85 | 0.50 | 1.40 | 45 | 66 | 0.00 | 6.6 | 82 | | |
|  | -0.45 | -0.06 | 86 | 0.60 | 1.30 | 45 | 66 | 0.00 | 6.6 | 75 | | |
| 3rd oncoming vehicle at front of truck | -0.41 | -0.07 | 87 | 0.70 | 1.20 | 45 | 66 | 0.00 | 6.6 | 69 | | |
|  | -0.36 | -0.05 | 88 | 0.80 | 1.10 | 45 | 66 | 0.00 | 6.6 | 62 | | |
|  | -0.38 | -0.09 | 89 | 0.90 | 1.00 | 39 | 57 | -2.73 | 6.2 | 56 | -0.55 | -0.27 |
| 3rd oncoming vehicle passed | -0.38 | -0.12 | 90 | 1.00 | 0.90 | 39 | 57 | 0.00 | 5.7 | 50 | | |
|  | -0.36 | -0.13 | 91 | 1.10 | 0.80 | 39 | 57 | 0.00 | 5.7 | 44 | | |
| Pickup reaches center line | -0.46 | -0.12 | 92 | 1.20 | 0.70 | 39 | 57 | 0.00 | 5.7 | 38 | | |
|  | -0.56 | -0.12 | 93 | 1.30 | 0.60 | 39 | 57 | 0.00 | 5.7 | 32 | | |
|  | -0.53 | -0.12 | 94 | 1.40 | 0.50 | 36 | 53 | -1.37 | 5.5 | 27 | -0.27 | |
|  | -0.38 | -0.10 | 95 | 1.50 | 0.40 | 36 | 53 | 0.00 | 5.3 | 21 | | |
|  | -0.41 | -0.11 | 96 | 1.60 | 0.30 | 36 | 53 | 0.00 | 5.3 | 16 | | |
|  | -0.48 | -0.09 | 97 | 1.70 | 0.20 | 36 | 53 | 0.00 | 5.3 | 11 | | |
|  | -1.01 | -0.15 | 98 | 1.80 | 0.10 | 36 | 53 | 0.00 | 5.3 | 5 | | |
| Point of impact | -1.32 | 0.55 | 99 | 1.90 | 0.00 | 25 | 37 | -5.01 | 4.5 | 0 | -1.00 | -0.64 |
|  | -1.33 | 0.82 | 100 | 2.00 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.66 | 0.41 | 101 | 2.10 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.23 | 0.10 | 102 | 2.20 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.34 | -0.05 | 103 | 2.30 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.41 | -0.14 | 104 | 2.40 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.40 | -0.19 | 105 | 2.50 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.41 | -0.11 | 106 | 2.60 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.44 | -0.05 | 107 | 2.70 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.59 | -0.02 | 108 | 2.80 | | 25 | 37 | 0.00 | 3.7 | | | |
|  | -0.57 | 0.07 | 109 | 2.90 | | 17 | 25 | -3.64 | 3.1 | | | |
|  | -0.41 | -0.04 | 110 | 3.00 | | 17 | 25 | 0.00 | 2.5 | | | |
|  | -0.46 | -0.07 | 111 | 3.10 | | 17 | 25 | 0.00 | 2.5 | | | |
|  | -0.44 | -0.09 | 112 | 3.20 | | 17 | 25 | 0.00 | 2.5 | | | |
|  | -0.38 | -0.08 | 113 | 3.30 | | 17 | 25 | 0.00 | 2.5 | | | |
|  | -0.40 | -0.09 | 114 | 3.40 | | 16 | 23 | -0.46 | 2.4 | | | |
|  | -0.04 | -0.03 | 115 | 3.50 | | 16 | 23 | 0.00 | 2.3 | | | |
|  | -0.36 | -0.04 | 116 | 3.60 | | 16 | 23 | 0.00 | 2.3 | | | |
|  | -0.37 | -0.04 | 117 | 3.70 | | 16 | 23 | 0.00 | 2.3 | | | |
|  | -0.40 | -0.02 | 118 | 3.80 | | 16 | 23 | 0.00 | 2.3 | | | |
|  | -0.41 | -0.01 | 119 | 3.90 | | 16 | 23 | 0.00 | 2.3 | | | |
|  | | | | | | | | | | Average: | -0.35 | -0.36 |