# Traffic Crash Reconstruction

## SECOND EDITION

Lynn B. Fricke

## Northwestern

### CENTER FOR PUBLIC SAFETY



EXHIBIT

L

and mental reaction have not yet had any effect on the movement of the vehicle; it is still on a collision course.

## Muscular Reaction

When the mind gives the message to the hands and feet, muscular reaction starts. In the case of slowing the vehicle, this is when pressure on the accelerator begins to be released and other controls are put in motion.

Muscular reaction continues until the behavior of the vehicle is affected (Point E in Exhibit 1).

Perception-reaction operations are very quick. They are carried out continuously in driving. The driver may watch to see whether his reaction produced the desired result. If not, a correcting response may be started.

When ordinary vehicle control efforts are made, resulting in successful evasive tactics, the vehicle transporation system is operating without fault. But there may be mistakes at any step in the driving process, often with disastrous results; then it may be up to the traffic collision investigator to discover and describe how the highway transportation system failed at that point.

## 4. SIMPLE REACTION TIME

### Definition

*Reaction time* is the "time required from perception to start of vehicle control for tactical or strategic operations."[3]

### Uses

In traffic collision reconstruction, perception and reaction time are considered mainly for two significant purposes:

1. To compare the best possible reaction under the circumstances with evasive tactics

actually undertaken; this helps to evaluate the knowledge and skill of a driver or pedestrian.
2. To establish the possible slowing or stopping distance of a vehicle at a stipulated speed.

For the latter purpose, part of the stopping distance is that traveled by the vehicle during the driver's reaction time at the vehicle's estimated speed before the vehicle began to slow. This is the time and distance from D to E in Exhibit 1. The other part is the distance traveled in slowing, F to G in Exhibit 1.

## Measuring

Reliable information on driver response time is difficult to find. Many experiments and demonstrations were made years ago when driver reaction time was being considered as one of the tests for licensing drivers. The publications reporting these experiments are generally out of print. However, in the past few years, a number of publications have documented more recent experiments and field data collection.[18,19,20,21] A very good 2007 summary of published response times is given by Dewar and Olson.[18] You may want to consult that book for further study.

Many traffic collision investigators have made test skids and other experiments to determine the coefficient of friction of roadways; but few have tested drivers for reaction time, and still fewer have made tests for other than simple reaction.

## Laboratory Method

In a laboratory, a chronometer is used to measure the brief interval between perception of a stimulus and the start of a muscular response. Because the end of perception and the start of reaction occurs in the mind and may overlap, it is impossible to determine the exact instant when perception ends and reaction starts. As a practical

matter, therefore, the experimenter makes the stimulus strong and clear and its meaning unmistakable so that perception will be virtually instantaneous. For example, the object to be perceived – the stimulus – is the appearance of a bright light directly in front of the person being tested. The attention of the subject is fixed on this expected signal and he understands exactly what he is to do when the light comes on: press a little button as quickly as he can. The timer starts when the light appears, and stops when the button is touched.

This time measurement includes perception time: discerning the light and recognizing what it means (apperception). But these two phases of perception are made so strong and simple, and the person being tested is so prepared, that the time for perception is negligible. Then the time recorded is, for practical purposes, reaction time. This is "simple reaction, a preplanned reaction to an expected stimulus."[3]

Exhibit 5 shows equipment for laboratory timing of simple reaction – lifting the foot from the accelerator or pressing on the brake pedal – to the expected appearance of a bright light. The total reaction (mental plus muscular) will be timed if the clock is started when the light appears and stopped when the shoe touches the brake pedal.

## Field Measurement

To relate reaction time measurements more realistically to driving, a test vehicle can be equipped with a pair of "guns" for firing pigment pellets on the roadway. With the vehicle at a known velocity, the experimenter fires one of the guns as an audible stimulus or signal to apply brakes as quickly as possible, shooting pigment on the pavement at that instant. Pressure on the brake pedal fires the other gun and leaves a second spot on the roadway. The distance in ft (or m) between the two spots, divided by the velocity in ft/s (or m/s) gives the driver's total (mental plus muscular) simple reaction time in seconds.



*Exhibit 5.* Laboratory equipment for measuring simple reaction time with a light for a visual signal and an accelerator release as a response is shown here. This equipment can also time the application of the brake.

The distance from the spot made by the second gun to the position of that gun on the vehicle when it stops is the vehicle's *braking distance*. That distance combined with the initial velocity of the vehicle will give the average deceleration of the vehicle and the drag factor during stopping. Exhibit 6 shows a pair of guns mounted on the front bumper to spot the pavement for measuring reaction time.

Technology now allows an upgrade of the two bumper gun methodology to measure a driver's simple reaction time. One manufacturer[23] has a device that works in conjunction with an onboard accelerometer. The device (shown in Exhibit 7) is attached to the onboard accelerometer/computer. When one of the lights on the device is displayed, the driver applies the brakes. The computer then measures the reaction time, the braking distance, initial velocity, and acceleration (drag factor). A clear difference between the bumper gun and the light display method is the stimulus. One requires the driver to respond to an auditory signal and the



*Exhibit 6*. *A driver's reaction time can be measured by "guns," which shoot pigment pellets on the pavement. The sound of the first gun, when it marks the car's position on the roadway, is the signal to apply the brakes. When the driver's foot touches the brake pedal, the second gun marks the pavement. This distance between the two marks divided by the vehicle's velocity gives the driver's response time to an audible stimulus, including foot movement.*



*Exhibit 7*. *A hand held box has a button that actuates lights of one or more of the LED's that are placed on the windshield. When the LED lights, a timer starts. The driver, with the visual stimulus, responds by braking the vehicle (if so instructed). The time interval is measured by a computer attached to the LED device and an onboard accelerometer. The different lights can be used to instruct the driver to have different braking responses and steering inputs.*

other requires the driver to respond to a visual signal. Presumably the driver is also looking out the windshield toward the road when these activities take place. For the visual stimulus (the light), the driver has to pay some attention to the possible light display while scanning the road in front of the vehicle. The audio stimulus would require less diversion of the driver's visual attention. Nevertheless, both reaction time measurements are for simple reactions – expected very clear stimulus and only one possible pre-planned response.

Collision reconstruction commonly involves estimating values for various factors. Perhaps the most common is the friction coefficient (or drag factor) of the road surface. Another common factor is the reaction time of a driver or pedestrian. There are several ways of measuring road friction at the scene of a collision with reasonable reliability; but no practical way of measuring driver reaction time

at the scene of a collision has been developed or recommended. Certainly that would be impossible if the driver were killed or even seriously injured. Yet it is as important to use an appropriate value for reaction time as it is for drag factor; both are used in estimating stopping distances.

## Simple Demonstration

There are several ways to demonstrate simple reaction time. In one, the experimenter holds a yardstick vertically with its lower end level with and at the edge of a table top. The person being tested holds his thumb and forefinger at the edge of the table ready to grasp the yardstick when it begins to fall. The subject is instructed to grab and hold the yardstick as soon as the experimenter lets it drop. The number of inches the stick falls before the subject stops it is noted (see Exhibits 8 and 9).

189





*Exhibit 8.* Position of the yardstick to be dropped to measure reaction is shown here. The hand is ready to grab it as soon as it begins to fall.



*Exhibit 9.* The yardstick has been grasped by the subject and stopped in its fall. The time taken for the fall is the subject's simple reaction time.

In this experiment, the stimulus is visual (seeing the stick begin to fall), the signal is anticipated, and the response is pre-planned; so perception time is negligible. Simple reaction time is the number of seconds the stick falls before the subject stops it. The time can be computed by this equation:

$$ \text{seconds} = \sqrt{\frac{\text{inches}}{193.2}} \qquad (1) $$

Exhibit 10 shows this relationship in a table. Remember that measurements made as just described are for *simple* reactions, which involve:

1. A strong and unmistakable stimulus that can be perceived instantly, such as a traffic signal;
2. An *anticipated* signal or stimulus;
3. A response that requires minimum muscular movement and effort;
4. A test subject who knows exactly what to do when the stimulus appears and has

| Time for Distance Dropped ||
| Inches Dropped | Corresponding Time, Seconds |
| --- | --- |
| 2 | 0.10 |
| 4 | 0.14 |
| 6 | 0.18 |
| 8 | 0.20 |
| 10 | 0.23 |
| 12 | 0.25 |
| 14 | 0.27 |
| 17 | 0.30 |
| 20 | 0.32 |
| 24 | 0.35 |
| 30 | 0.39 |
| 36 | 0.43 |

*Exhibit 10.* Reaction time for distance dropped is given here. These are simply calculated equation (1) values.

practiced doing it; all decisions have been made in advance.

190



**Exhibit 11**. *More time is required to see than to hear. Each bar represents the mean of tests made on a number of subjects. Each subject was tested for simple reaction to a tactual, an audible, and a visual stimulus.*

## Estimating Response Time

Such a simple basic reaction to a visual stimulus by normal adults will take about 0.2 s.[4] You can use this figure as a reasonable starting point. Double it to 0.4 s for a complex reaction requiring decisions about what to do; add more for very complex situations. Quadruple it to 0.8 s if the person was surprised by a completely unfamiliar situation. Add about 0.2 s more if the driver had to move his or her foot from accelerator to brake or otherwise prepare to operate vehicle controls. Additional small increments of time can be added for other special situations such as low visibility, confusing signs, or intoxication.

Such estimating is very crude by engineering standards, but is the best available. Do not add a "safety factor" when dealing with a specific situation; try to approximate reality as closely as you can. For this purpose, it may be useful to make and use two estimates: one for maximum time and one for minimum time.

*Which sense* receives the stimulus makes a difference. Seeing is slower than hearing or feeling[4] (Exhibit 11).

*Which part of the body* responds makes a difference in the time required for response. The heel-ankle pivot required in taking the foot off the accelerator takes longer than the index finger movement commonly used in testing.[4] (Exhibit 12).

*Age* affects reaction time. Older drivers take



**Exhibit 12**. *Response by heavier body parts takes more time. Longer movements also take more time. These data are from a number of different experimenters. The "foot shift" means movement of the foot from the accelerator to the brake pedal.*



**Exhibit 13**. *Examples of reaction times for expected and unexpected stimulus by old and young drivers is shown. These bars show the mean and possible maximum and minimum values.*

longer to respond to stimuli, especially the very old (Exhibit 13). There is, however, considerable overlap of data from the young and the old population groups. Olson (Chapter 3)[18] concludes there is no justification to raise or lower reaction time based solely on age.

*Sex* has no significant effect on mental reaction time.

*Fatigue* is supposed to lengthen reaction time, but because evaluating degrees of fatigue is so difficult, trustworthy data are not available.

*Ingested alcohol* increases thinking reaction time as might be expected[5] (Exhibit 14). A Swiss physician has reported that after drinking alcoholic beverages, reaction time of soldiers was more affected high in the mountains than at much lower altitudes. The amount of this effect was not reported.

*Impaired faculties*, usually mental, may interfere with calling to mind quickly the proper response to a perceived hazard.

## Muscular Reaction

Response to a stimulus is incomplete until vehicle behavior is affected. If the foot is already on the brake pedal in anticipation of possible slowing, then of course foot movement time is negligible. But if the foot has to be moved from the accelerator to the brake pedal, which is usually the case, measurable additional reaction time is required[9] (see Exhibit 15). How much time depends on the horizontal and vertical distance moved, the weight of foot and shoe, and the vigor with which the movement is executed. Exhibit 15 gives you some idea of how much time might be required for a surprise stimulus.

Truly simple reactions in driving are probably rare. Common situational hazards, such as roadway edges and traffic signals, are naturally quite simple, and are usually anticipated and understood without delay. For experienced drivers, habit makes most responses so familiar that appropriate decisions have been made in advance, even to selecting the appropriate *degree* of response. In the case of a curve, the degree of response is how much to turn the steering wheel for the particular situation.

Yet, numerous traffic situations do require essentially simple reactions. For example, a driver following another car closely, especially in heavy traffic, decides in advance to brake if the slow



**Exhibit 14**. *Increase in reaction time with increase in blood alcohol content of body fluids is shown.*

| Accelerator to Brake Foot Movement Time in Seconds | | |
|---|---|---|
| | Younger | Older |
| Minimum | 0.25 | 0.31 |
| Median | 0.33 | 0.39 |
| Maximum | 0.44 | 0.67 |
| Note: subjects surprised by stimulus | | |

**Exhibit 15**. *Accelerator to brake foot movement time (seconds) is shown here. The subjects were surprised by the stimulus.*

signal of the car ahead flashes on. The signal is expected, it is unmistakable, what to do has been decided, and the right foot is already on the brake pedal in anticipation of need. In this case, allow 0.2 s minimum time for response if the signal appears.

Most reported experiments of stopping a vehicle while it is being driven give the total mental and muscular reaction time, from appearance of the stimulus to application of brakes. This makes the results directly useful in calculating yellow interval traffic signal distances and vehicle sight stopping distances in highway design. Some of these experiments were done in laboratories, others in specially equipped vehicles; some drivers were alerted to expect the stimulus, others were not.

Exhibit 16 summarizes the results of driving tests to determine total mental and muscular reaction or response time. The considerable variation in these times – from 0.50 to 1.30 s – is doubtless due to differences in the circumstances under which the tests were made.

192

## 5. COMPLEX REACTION

In driving or walking, one may encounter unexpected and unfamiliar hazardous situations where habitual and practiced tactics are of no help, and more than simple remembering is called for. The time required for this complex reaction procedure is naturally longer than that needed for a simple reaction.

*Laboratory measurements* of complex reaction time usually confront the person being tested with one of several possible stimuli, for which he must choose the appropriate response. For example, a green light might require pressing a button and a red light would mean apply the brake. The subject knows what he is supposed to do for each signal, but has to decide after the stimulus appears which reaction it requires.

### Simple Demonstration

The effect of complexity on the average reaction time of a group of 10 or more persons is easily demonstrated. All you need is a stopwatch or other timer. For comparison purposes, start by determining the average simple reaction time of the group. Ask the group to form a chain by grasping hands. Instruct them to press the hand of the next person in line as soon as they feel one of their hands being squeezed, and to close their eyes to prevent someone from jumping the gun. Start the timer the moment you press the free hand of the first person in the chain. When the signal reaches the last person in line, he raises his free hand to tell you to stop the timer. The total time measured divided by the number of people in the chain, including yourself, is the average *simple* reaction time of the group – usually about 0.25 s.

To measure the *complex* reaction time, the experiment must be complicated a bit. Form the chain by having each person place both his hands on the shoulders of the next in line. Then explain that the signal will be transmitted along the line by squeezing the shoulder of the next person in the chain, but on the *opposite* side from the shoulder that was pressed. This requires a little thinking by each subject to determine which shoulder of the next subject in line he must press. Start the timer the instant you press one shoulder of the first subject in line. The last subject in line waves his hand to signal you to stop the timer. The total time divided by the number of persons in the chain will give the average *complex* reaction time. Remember to have the subjects close their eyes so that the response will be from a tactual, rather than visual, stimulus. You must also watch carefully to see that the proper shoulder is pressed by each subject. This small complication will usually about double the simple reaction time.

### Multiple Stimuli

Exhibit 17[4] shows the results of complex reaction tests with different numbers of stimuli. In Exhibit 17, the time for a single stimulus is

| Investigators | Year | Sample | Mean Time (s) | Stimulus Comments |
|---|---|---|---|---|
| Laboratory and Similar Studies | | | | |
| Greenshields | 1936 | 1461 | 0.50 | Laboratory |
| Greenshields | 1936 | 13 | 0.86 | Automobile |
| Greenshields | 1936 | 27 | 0.74 | |
| Forbes & Katz | 1936 | | | |
| DeSilva & Forbes | 1937 | 907 | 0.64 | |
| Jones & others | 1936 | 889 | 0.70 | Truck Drivers |
| Konz & Daccarett | 1967 | 12 | 0.59 | |
| Konz & Daccarett | 1967 | 40 | 0.47 | |
| On the Road Studies | | | | |
| Moss & Allen | 1925 | 46 | 0.54 | Auditory |
| Mass. Institute of | 1934 | 144 | 0.66 | Men Brake |
| Technology | 1934 | 36 | | Women Light |
| Drew | 1968 | 1000 | 0.57 | Men Alerted |
| Drew | | | 0.62 | Women Alerted |
| Norman | 1953 | 53 | 0.73 | Alerted |
| Johansson & | 1971 | 321 | 0.75 | Expected Audible |
| Rumar | 1971 | 5 | 0.89 | Surprise Audible |
| Mortimer | 1970 | 80 | 1.30 | Brake Light |
| Sivak & Others | 1981 | 311 | 1.23 | Brake Light |

**Exhibit 16**. *This table summarizes several studies of total reaction time.*

essentially that of a simple reaction. Additional stimuli to be sorted out definitely increased reaction times.

## Unexpected Stimuli

When a person does not expect a hazardous situation, it takes more complex reaction time to sort out the proper response. Experimentally, the subject is set to a task that keeps him occupied, such as reading a story, assembling a picture puzzle, or writing a letter. Then, at irregular intervals, a timer is started at the instant a recognizable signal is given. The subject responds according to his instructions, for example by uttering the word "stop." Experiments like this simulate the unexpected appearance of a hazard when one is engaged in a simple repetitive task such as routine motor vehicle driving.

It may take a person being tested quite a while to memorize the response required for each stimulus. Until he has had sufficient practice, his response may be delayed while he tries to remember what he should do for each situation. This is like a person learning to drive a motor vehicle.

## Errors

With simple reaction, there is little chance for error because only one response is required and that is anticipated. But with complex reactions, there is a possibility of making a wrong response. As the complexity of the reaction increases, not only is more time required, but more mistakes are made (see Exhibit 17)[4]. Hence, if subjects try to respond more quickly, they do so at the risk of making more mistakes; conversely, if they must be absolutely sure not to make a mistake, they do well to allow a little more time to think about each decision – much more if they have had little practice in making the required reactions.

A learner drives very slowly to begin with. That gives him time to consider what to do in each



**Exhibit 17.** *The effect of multiple stimuli on reaction time and percentage of errors is shown. With a single stimulus, the result is a simple reaction.*

situation he confronts. The habits he forms while learning provide him with sets of pre-decided responses so that perceiving familiar situational hazards requires only selecting the appropriate program of action for a given situation.

Driving involves a continuous flow of stimuli, each requiring an appropriate response. Usually these are perceived sufficiently in advance and are familiar enough so that there is time to consider and execute a suitable reaction. Often, there is time to make a corrective reaction if the first response is perceived to be inadequate. For example, when a car is steered for a curve, the driver may find, when he enters the curve, that he is drifting toward one edge of his lane. Then he usually has time to adjust his steering a bit to follow the proper path.

Most of the factors mentioned as affecting simple reaction time, like age and alcohol, also affect complex reaction time; but these factors have an additional important effect on complex reaction: they increase, often greatly, the chance of wrong responses.

The effect of increasing the number of stimuli has already been noted. In driving, there are many kinds of possible stimuli. Some are very common, others rare. Often, two or more hazards appear at the same time, competing for the driver's attention. Then the driver has another decision to make; he must decide which hazard to handle first.

Anticipation of a hazard can reduce complex reaction time. Anticipation gives time to

194

bring to mind a number of possible responses. Then the selection process is simplified when the hazard does appear. Anticipation, like slowing, is part of driving strategy. It is associated with the level of attention.

## 6. REFLEX AND DISCRIMINATIVE REACTIONS

In trying to determine which driver reactions were involved in a motor vehicle collision, an investigator will usually conclude that the reaction was simple or complex and estimate the time required accordingly. But sometimes there are peculiar circumstances that do not fit well with these two major categories. It may be that one of the two uncommon kinds of reaction was involved: *reflex* or *discriminative*.

### Reflex Reaction

*Definition*: Reflex reaction is an involuntary response to a stimulus, an instinctive act resulting from perception of an imminently hazardous situation. Time: 0.2 s, more or less.[2]

The perception of the hazard is complete, but the consequences are so overwhelming that the driver or pedestrian skips the usual thinking process of selecting the appropriate reaction and responds with whatever action comes first to mind. Afterwards, as a rule, the driver cannot recall exactly what happened, or has some implausible explanation. Often, the statement of observers or an examination of scars on the roadway will be a clue to exactly what happened.

*Examples*: At a grade crossing, a locomotive on a freight train struck the right rear wheel of a stationary automobile and spun it around clockwise. Afterwards, the automobile driver claimed that his engine stalled. Skid marks on the roadway clearly indicated that car brakes had been applied and that the car was moving when hit. A speed analysis showed that if brakes had not been applied, the car would have cleared the tracks before the

locomotive reached it. Clearly, if the driver had accelerated rather than braked, there would have been no collision. Instead of a thoughtful complex reaction, there had been an impulsive response, skipping the thoughtful part of what to do.

A small truck and a car approached each other from opposite directions. The truck swerved across the center line and hit the car in the car's half of the roadway. The truck driver claimed that when he tried to keep his vehicle in the right half of the roadway, the steering wheel spun freely in his hands and he could not help crossing the center line. But tire marks and witnesses clearly indicated that the truck had been steered sharply to the left just before collision, probably to avoid running off the road to the right, a reflex overreaction.

A pedestrian crossing a street was surprised by squealing tires on an approaching car. The pedestrian froze instantly and was struck a couple of seconds later by the car's left front corner. Witnesses agreed that had the pedestrian kept on, he would have escaped being struck.

At a street junction, right-turning and left-turning vehicles moving in opposite directions came into collision alignment, both at moderate speeds. Both drivers perceived instantly that there would be a head-on collision. One driver did the best he could simply by applying brakes to minimize damage. The other screamed, "My God," and put his hands over his eyes with no attempt at evasive tactics. The perception of both drivers was proper and prompt. One had a thoughtful complex reaction; the other had a worthless panic response.

A reflex reaction may be a form of unplanned response like the unconscious leg twitch or muscular jerk that doctors look for when they bump your patella (knee cap) with a small rubber hammer to test for reflexes. Such unconscious muscular jerks can occur when one hears a big bang close by, or finds oneself slipping or falling.

Time for a reflex reaction is not easily measured, but is probably something like 0.10 s.

### Discriminative Reaction

195

*Definition*: "Discriminative reaction is a response to perception of an unfamiliar hazard or other situation that requires more information than is immediately available to make a decision or which presents several choices of possible evasive tactics."[2] Time required is 1.5 s or possibly much more.

The driver realizes that something must be done quickly but has no clear idea of what. Several steps may be required, but delay in considering these may add new hazardous situations to deal with. There is a temptation to do indiscriminately whatever first comes to mind. Often this is stopping, which is the most generally useful reaction because it reduces speed and therefore limits damage in case of collision or rollover. But stopping may sprout new and nasty hazards to cope with.

For example, a driver comes to a fork in the road. He is traveling fast and is not sure which branch to take to his destination. He postpones decision until he has to slam on brakes or swerve sharply into the path of his choice. Either action may involve other traffic units, loss of control, or dangerous overcorrections. The best way is to resolutely choose and follow one branch, right or wrong, until there is a time and place safely to resolve the situation and proceed accordingly.

Another discriminative reaction occurs when something in the vehicle or on the road makes a sudden loud noise or jerk, resulting in an inappropriate reaction, which produces a more serious situation.

One difference between a reflex and a discriminative reaction in driving is that in the latter, the driver takes too much time to decide what to do and in the former, he takes too little time.

## 7. PERCEPTION DELAY

The general role of perception in driving and walking was discussed earlier in this chapter; explanation of the time involved was left until now.

Perception takes place in three steps: A, B, and C in Exhibit 1.

A. *Possible perception.* Sometimes an object may appear before a driver without his being aware of it. This is usually because something attracts his attention elsewhere, but it may be due to some lapse of attention, perhaps drowsiness or even sleep. The time from possible perception to actual discernment cannot be given an average value for use in collision reconstruction; the circumstances differ too widely from one collision to the next. But delay is a very important consideration in an investigation.

B. *Actual perception* or discernment is a mental activity. It can be thought of as eye fixation that requires too little time to be reckoned with in practical collision investigation.

C. *Apperception*, the time for considering what the object perceived signifies, is virtually impossible to evaluate, and may simply be treated as part of reaction time.

### Variations in Responses

Not all drivers respond the same way to identical perceptions. Imagine three drivers waiting for the same red traffic light to turn green. When the green light appears, their responses differ.

- *Driver 1*, who is probably in a hurry, starts off very quickly when he perceives the green signal. He perceives the signal instantly and loses no time in reacting to it.
- *Driver 2*, a normal driver, also perceives the green light instantly, but when he reacts, he chooses a more leisurely and less energetic acceleration, possibly because he feels that less hurry is a better driving strategy. His more gradual response is not delayed perception or slower perception; it is less hurried reaction.
- *Driver 3* remains motionless when the

196

green light appears. He does not start until he sees one of the other cars move or hears the horn of the car behind. This driver does not see the green signal appear. His attention is elsewhere. We call him absent-minded. His is a delay in perception, and should be treated as such.

In traffic collision investigation, it is usually preferable to think in terms of perception delay after the first stimulus the person could and should have perceived regardless of whether he actually did. The longest delay, then, occurs when the stimulus or signal is never perceived – as when a driver falls asleep, in which case he may never have perceived the edge of the road as a hazard. His first awareness of the hazardous situation is noise or the sensation of leaving the roadway. Or he may never be aware of leaving the road, especially if he is killed in so doing.

## Collision Investigation Techniques

In connection with perception, there are two very useful techniques that should be routinely considered in traffic collision investigation.

The first is to ask each driver or informant this question: "How did you first know a collision was happening, where were you, and what were you doing?" The answers will usually reveal how, when, and where he perceived the situation. For example, if his answer is, "The first I knew was when he clobbered me," you know that there was no pre-collision perception on his part. This suggests important follow-up questions.

The second technique is to locate the place where the driver or pedestrian could first have perceived the hazard confronting him. Compare this with the spot where he says he was when he first realized he was in trouble, or with the point where skid marks or other signs indicate his first reaction to the hazard. The distance between these points is how far the person traveled before he actually perceived what endangered him. Determining this

distance may be difficult or impossible, but is well worth trying. In this connection, consider visibility of vehicles and pedestrians, amount of light, positions of light sources, and eye and vehicle heights.

If you conduct a visibility experiment such as headlights for your only light source illuminating a pedestrian at night, understand that you have expectancy and a sample of one. This is not a normal driving experience. Olson[18] (Chapter 13) suggests a way to treat this problem based on discussions with Hyzer and Hyzer (see reference 18). He suggests first to conduct your experiment to determine the visibility. This, of course, has a sample size of one and the factor of expectancy. To approximate a median value if other subjects were used in the data collection, reduce this factor by one-third. For example, if you could first detect a pedestrian illuminated by vehicle headlights at 250 ft, reduce this by one-third to estimate a median value of 166 ft. To account for expectancy, reduce this value again by one-half to 83 ft. One standard deviation about the median would be represented by one-third of this value ($0.333 \cdot 83 = 28$ ft). Two-thirds of the expected subjects' visibility distance would then be between 55 and 111 ft ($83 - 28 = 55$ and $83 + 28 = 111$).

## Gradual Appearance

Often, the object perceived becomes more visible as time passes. There are three kinds of such increases in visibility: 1) fog, haze and brightness; 2) increase in amount of object visible; and 3) increase in size of visible details.

*Haze, dust, smoke, fog, rain, and snow* all make perception of size, shape, and color difficult. At a distance, an object may be invisible; but as it becomes nearer, it looms up until it is quite easy to perceive. Headlight illumination has a somewhat similar effect. At a distance, a car's headlights may illuminate an object too little to make it recognizable; but up close, where the illumination is many times as intense, the object may be clearly

seen. Simple experiments at the scene of a collision may be very useful in establishing visibility distances. Using a car with headlamps like those on the car in question, drive it slowly toward the object to be perceived – another vehicle, railroad car, pedestrian, road marking, or whatever. Stop the car when its occupants can perceive the object in question. Record measurement of maximum visibility distance between observer and object. You may find that observers perceive from different distances. Then record the range of sight distances. Remember that this experiment involves sight distances with *alerted* observers. The surprise visibility distance will be less, often much less. (See discussion in the previous section). It is possible but more difficult to make tests of surprise sight distance. In such an experiment, you do not tell the observer, who is driving, that he is to encounter a hazard. This test is risky because the surprised subject may react unpredictably. As a precaution, arrange to have the object encountered easily pushed aside or run over – for example, a cardboard box colored to represent the real object to be visualized. The perception point is where the driver-observer applies brakes or steers to one side.

*Amount of object visible.* If a view obstruction obscures part of an object, the object will be less visible. Exhibits 3 and 4 show a car beginning to poke its front bumper out from behind a view obstruction. Will an observer recognize this as a hazard when only one inch is showing, or must a foot be showing? How fast the object is moving will also affect the perception distance. So will the speed at which the observer is approaching. Experiments may help in estimating the distance at which the part of a car may be recognized.

Perception of an object observed approaching the crest of a hill will also depend on how much of it has come into view. In this case, the eye height of the observer above the road surface is very important.

An Australian study by Triggs and Harris[21] provides some interesting data regarding reaction time. Some conclusions of their work are shown in

| Activity | Time |
|---|---|
| C.R.B. "Roadworks Ahead" Sign | 3.0 s |
| Protruding vehicle with tyre change | 1.5 s |
| Lit vehicle under repair at night | 1.5 s |
| Parked Police Vehicle | 2.8 s |
| Amphometer: Beaconsfield | 3.4 s |
| Amphometer: Dandenong North | 3.6 s |
| Amphometer: Gisborne | 3.6 s |
| Amphometer: Tynong | 2.54 s |
| Railway crossing: Night (General Population) | 1.50 s |
| Railway crossing: Night (Rally drivers) | 1.50 s |
| Railway crossing: Day | 2.53 s |
| Car following | 1.26 s |

*Exhibit 18. 85th percentile speeds for response times from Triggs and Harris.[21]*

Exhibit 18. The response times are given for 85th percentile value. The 85th percentile value is one that is often used for traffic engineering issues such as setting speed limits. Car following in Exhibit 18 refers to a driver responding to the brake lights of a car that is being followed. To a great extent, this could simply be categorized as a simple reaction or a fairly simple complex reaction. The other values given in Exhibit 18 require the driver to obtain information from the road, signs, the roadway or other emergency indications. An amphometer is an installation of road tubes that are used by the police to measure speeds for speed enforcement. So if a driver is traveling at or below the speed limit, there is little reason to expect the driver to react to the amphometer.

*Size of details* makes a difference in perceptibility. For example, how large the letters on a street sign appear to a viewer determines the distance from which the sign is legible (apperceived). Visual acuity of the observer is also important in this connection. A person with 20/20 vision can recognize street signs from twice as far

198

away as an observer with only 20/40 vision. Lighting is also very important. A sign against the sun may not be legible from any distance, regardless of the observer's visual acuity. Direction and intensity of illumination at night will affect legibility, as will brightness contrast between background and lettering.

## Vehicle Lights

A traffic collision investigator is often asked to estimate from how far vehicle lights can be seen (perceived). Brief observations on a main highway demonstrate that approaching headlamps can be seen easily on a clear night from several miles away. Fog, rain, dust and snow may reduce that distance to a hundred feet or less. Darkness increases the distance from which vehicle lights are visible because it heightens the contrast between lamps and background. Reflectors and reflectorized number plates are visible from hundreds of feet away when headlight beams shine on them after dark, depending on how close and in what direction the headlights are located.

## 8. USAGE

Perception and reaction are used in traffic collision reconstruction to describe certain steps in the driving process, especially with respect to the time they take and the distance traveled during that time.

## Numerical Values

After a collision, certain values for specific factors, like roadway width or vehicle weight, can usually be measured quite accurately or found in published information. But precise measurements for reaction time or perception delay of individuals involved are almost never available. Therefore, values used for perception and reaction must be based on figures for typical population groups. Such figures are *stochastic data*, or information

involving conjecture or guesswork. This does not mean that such data are useless. It merely means that reaction time and perception delay must often be expressed with less certainty, and with a greater range of numerical values, than would more easily verifiable factors like roadway width or vehicle weight.

In the preceding pages, an attempt has been made to give some idea of the normal or mean values for perception and reaction time and the probable effect of several possible circumstances. From this try to allow suitable times for specific circumstances, such as age of the individual or moving the foot from accelerator to brake.

In this connection, one must guard against "ready-made" estimates found in various publications. For example:

- *0.0 s.* "If a driver is intently watching the stop light of the car ahead and it comes on bright red, he will perceive it almost instantly; for practical purposes his perception time is zero."[11] This corresponds to the minimum value of perception time described in Section 7 of this chapter.
- *3/4 s.* "A typical reaction for most drivers under most traffic conditions after driver has perceived the hazard requiring a stop."[11] If this value were used for the simple reaction of an alert driver who already had his foot on the brake pedal, the time estimate would be about three times what it should be.
- *0.75 s.* "It is usually safe to assume driver perception time at this value. The time may vary from 0.38 seconds for middle-aged experienced drivers . . . to one second for the young, inexperienced driver and the elderly driver."[14] "Unless proof exists to the contrary, a reaction time of three fourths of a second is a good value to use for most drivers."[14]
- *1.0 s.* "Perception-reaction time for the driver in seconds"[12] used for timing traffic

199

signals. This figure is taken to accommodate the slowest drivers, not just the average driver, and presumably includes time for moving the foot from accelerator to brake pedal.

- *1.0 s.* "Although a driver response time of 1.0 second for driver reaction and control input is assumed in many reconstructions, observations of drivers in post-collision interviews may reveal larger values, particularly in older or handicapped people."[13] This leaves the way open for exaggerated estimates of reaction time.

- *2.50 s* is the brake reaction time given in some official publications.[9,10] This has been used in traffic collision reconstruction for simple reaction, whereas in ordinary stopping distance calculations, the average, simple, expected reaction time, 0.25 s, is used as most representative. In stopping-sight distance calculations for proposed highway designs, the reaction time of the slowest possible driver is allowed for; hence the 2.5 s figure is used, for the benefit of one driver in perhaps 100,000. Investigators have grabbed this figure, *2.5 s*, without pausing to consider what it was for and what it represented. This is like assuming that because an architect uses a standard 80-inch door height, the average person is that tall.

Another difficulty may arise in using published data: different names may be used for the same time interval. For example, one investigator defines "perception time only as that time from first sighting of the obstacle until the subject began to respond by lifting his/her foot from the accelerator."[9] This would have perception time represented by intervals B, C, and D in Exhibit 1, whereas in this chapter, perception time is defined only by intervals B and C in the same exhibit.

Perhaps the most comprehensive book on human factors applied to traffic collision recon-struction is the book by Dewar and Olson.[18] Olson (Chapter 3) reviews in detail many studies that have as their subject perception-response (reaction) times. His summary indicates that several studies suggest that for a relatively straightforward emergency situation, most drivers (85 to 95 per cent) begin to respond in 1.5 s. Their minimum time is not expected to be less than 0.75 s. The term "straightforward" would apply to cases where the driver is looking essentially in the area where the hazard is occurring. For a task as simple as checking in a mirror, the perception-reaction time can increase by one second or more. So it is possible to have a maximum perception reaction time around 2.5 to 3 s. The strength of the stimulus and its clear meaning all come into play when a reasonable perception-reaction time is selected. The selection of an appropriate perception-reaction time is not a simple task.

Muttart[22] has reviewed 130 studies on perception response times and has developed a mathematical model to predict response times. Muttart's analysis presents an interesting approach to the problem of response time selection. He reports: "The equations predicted response times within one-half of a second 74 percent of the time, and within three-fourths of a second 90 percent of the time."

## Improving Credibility

Unfortunately, examples of traffic collision reconstruction often exhibit serious deficiencies that undermine their credibility and trust-worthiness. For example, there might be no clue whether values used for perception and reaction are reasonable estimates or simply guesswork and speculation. Here are some suggestions for improving credibility.

If you estimate a value for reaction time, state whether it represents simple, complex, discriminatory, or reflex reaction, and whether it includes muscular reaction to move the foot from accelerator to brake. Give your reasons for making

*Exhibit 39. A larger version of this general vehicle examination form is shown as Exhibit 4 in Chapter 3. The form can be used to record the general condition of vehicle lamps.*

Any record must be identified with the vehicle and the crash. Note who made the inspection and time after the crash it was done.

It is often possible to determine, right at the crash scene, whether a lamp was on or off at the time of the crash. However, it is better not to record this opinion in the observation notes. Keep the record strictly factual. That way the record will not need to be altered if subsequent more technical examination changes the conclusion.

## 8. LAMP ABNORMALITIES RESULTING FROM CRASHES

An automobile crash may not affect a lamp or the lamp may be destroyed so that significant parts of it cannot be found. In either case, whether the lamp was on or off cannot be determined by lamp examination. Nevertheless, between these two extremes, the crash may affect

*Exhibit 40. An example of notes made for an at-scene vehicle inspection are shown.*

the lamp enough to indicate whether a filament was incandescent. That can lead to a conclusion about whether the lamp was on or off. In nearly all cases, the lamp in question must be in or very near to the contact damage area. Thus, when inspecting a lamp, be sure to know where the lamp was located on the damaged vehicle. In particular, its position relative to the contact damage areas must be known.

Procedures for determining whether a halogen lamp was on or off after a crash are essentially the same as for other tungsten–filament incandescent lamps. Being small and strong, halogen lamps are less likely to be broken in crashes and so are less likely to indicate on or off. If a halogen lamp is unbroken, use great care in removing it. Halogen lamps are pressurized and may shatter if scratched. When handling the lamps, use protective eye glasses and gloves.

### Principles Involved

The effect of a crash on a filament is quite different when the filament is incandescent and when it is cold. That fact gives two bases for judging whether the lamp was on or off. First, if the glass breaks and air replaces the nitrogen (and maybe halogen) surrounding the filament, oxygen in the air does not affect a cold filament but quickly blackens an incandescent one.

| ABNORMALITIES OBSERVED | | | FILAMENT INCANDESCENT | OTHER FILAMENT INCANDESCENT | FILAMENT HOT BUT NOT INCANDESCENT | AT LEAST ONE FILAMENT INCANDESCENT | FILAMENT COLD | FILAMENT BURNED OUT | LAMP ENERGIZED POWER ON |
|---|---|---|---|---|---|---|---|---|---|
| GLASS BROKEN | FILAMENT COLOR | BLACKENED (Exhibits 42, 43, 47) | X | | | X | | | X |
| GLASS BROKEN | FILAMENT COLOR | TINTED (Exhibit 44, 46, 47, 48, 67) | / | | X | X | | | X |
| GLASS BROKEN | FILAMENT COLOR | BRIGHT (Exhibits 6) | | | | | X | | |
| GLASS BROKEN | WHITE OXIDE | ON GLASS SUPPORTS, STEM (Exhibits 47, 48, 49) | | | | X | | | X |
| GLASS BROKEN | WHITE OXIDE | ON FILAMENTS ITSELF (Exhibit 47, 48, 49) | | X | | | | | X |
| GLASS BROKEN | | FUSED GLASS ON FILAMENT (Exhibit 54, 55, 56) | X | | | X | | | X |
| GLASS BROKEN | | SUPPORT OR BASE BURNED MELTED, PITTED | | | | / | | | X |
| GLASS BROKEN OR UNBROKEN | FILAMENT BROKEN OR UNBROKEN | GLASS ETCHED (Exhibit 58) | | | | X | | | X |
| GLASS BROKEN OR UNBROKEN | FILAMENT BROKEN OR UNBROKEN | STRETCHED OUT, UNCOILED (Exhibits 48, 50, 51, 58, 59, 62) | X | | / | X | | | X |
| GLASS BROKEN OR UNBROKEN | FILAMENT BROKEN OR UNBROKEN | MODERATED ELONGATED (Exhibits 6, 17, 60, 65, 67, 79) | / | / | / | / | | | / |
| GLASS BROKEN OR UNBROKEN | FILAMENT BROKEN | ENDS FRACTURED, ANGULAR (Exhibits 18, 20, 21, 22, 72, 73) | | | | | X | | |
| GLASS BROKEN OR UNBROKEN | FILAMENT BROKEN | ENDS MELTED, TAPERED, ROUND (Exhibit 19, 42) | / | | | | | X | / |

⊠ DEFINITE INDICATION OF CONDITION    ⧅ POSSIBLE INDICATION OF CONDITION

*Exhibit 41. Lamp examination after a crash – incandescent generally means that the filament was lighted and cold means that it was not lighted. However, determination of whether light was on or off may require considerations of circumstances other than indications of abnormalities.*

Second, collision shock may sharply fracture a cold, brittle filament but stretch out and uncoil an incandescent filament that is quite ductile. Besides these two main effects, several other phenomena also indicate the condition of a filament at the time of a crash and help to determine whether the light was on or off.

Exhibit 41 is a summary of abnormalities

438





*Exhibit 42. Blackening indicates that the filament was incandescent after the glass was broken. The end of the filament has a small ball, which shows the filament ultimately burned out after air reached the filament.*

*Exhibit 43. The filament is black with yellow deposits at the filament ends. A yellow deposit is on the left support post. The filament was incandescent after the glass was broken and burned out depositing a yellow/white oxide smoke on the filament and supports because power was supplied to the filament.*

that may indicate whether a filament was incandescent at the time of a crash. These abnormalities are now described in detail.

### Filament Oxidation

Oxidation occurs only when glass is broken to let air reach the hot filament. If the bulb is broken wide open, air rushes in and oxidation occurs very rapidly. If the glass is only cracked, air may enter very slowly and oxidation may be gradual and the filament may cool before oxidation has proceeded far. Filament oxidation is sometimes called "hot break."

**Blackened filament** (heavy oxidation) indicates that the filament was incandescent after the glass broke (Exhibits 42 and 43). The filament itself may be intact or broken and it may or may not be deformed.

If the electric circuit is opened (for example, by flashing operation) the filament cools gradually. Then, if the glass is broken within a fraction of a second after current stops flowing, oxidation will still take place. A large filament naturally stays hot longer than a small one.

**Very dark color,** such as brown, purple, or green, is the usual indication of oxidation. It may be produced, however, by applying power to an unbroken filament after the glass is broken.

Discoloration usually extends on the filament tails almost to the filament supports. Sometimes the ends of the coil and tails are not as dark as the middle of the coil (Exhibit 46).

**Bright filament** (not oxidized, Exhibit 45) definitely indicates that the filament was cold when the glass broke. This is sometimes called "cold break." The filament may be intact or broken but is rarely very deformed or stretched out.

**A tinted filament,** (Exhibit 44), occurs with broken glass. The filament is lightly oxidized. It may be pale yellow, light brown, green and purple. The filament may be broken or intact and it may or may not be deformed or stretched out. To be oxidized at all, a filament must have been hot. To be heavily oxidized (blackened), it must have been incandescent.

A tinted filament is usually found in a two-filament lamp with the other filament heavily oxidized. The blackened filament was incandescent and the tinted one was heated by the nearby incandescent filament but only enough to oxidize lightly. The tinted filament was not incandescent and therefore not lighted.

If one of two filaments in a broken lamp is gone, and the remaining one is lightly oxidized, the missing filament was incandescent.

Occasionally a broken single-filament lamp will be found with a tinted filament. This could



Purple | Green | Yellow | Silver

*Exhibit 44. This filament was heated by an adjacent incandescent filament when the glass was broken. This filament fractured on one end. Had the filament been incandescent when the glass was broken, the filament would be black.*

*Exhibit 45. Bright shiny filament indicates that the filament was cold when the glass was broken. A pitted filament may look dark if adequate lighting is not provided. Careful inspection may show the filament to be shiny with increased light.*

not have been due to heat from an adjacent incandescent filament. This tinted filament was hot because it had been incandescent an instant before. However, the circuit was broken before the glass broke permitting the filament to cool before air found its way to the filament. That permits light oxidation but prevents heavy oxidation. Here glass may not be broken wide open but only cracked or slightly broken so that air reaches the filament slowly.

Supports draw off heat from the filament (heat sink). Usually, tinted filaments are bright or lightly tinted near the supports. They are darker farther away from the supports where they are hotter (Exhibit 46). Tinting is a very thin surface layer of oxide, thicker where it is darker.

**Oxide "smoke."** When a filament exposed to air is incandescent because of electric current flowing through it, the filament continues to oxidize rapidly. The oxide rises from the filament as smoke consisting of oxides of tungsten. The principal oxide is yellow but the smoke looks whitish. This whitish dust is deposited on nearby surfaces, leaving telltale signs that there was an incandescent filament in the lamp after the glass broke, even if the filament itself is completely gone. The oxide may appear on an adjacent filament (Exhibit 47), on the filament supports



*Exhibit 46. The filament and glass were broken in the impact. Note that the coils of the filament and part of the filament tail are black. However, part of the tail transitions from the colors of black, dark blue, purple, yellow and finally silver. The support post has conducted heat away from the filament, which gives the color difference.*

(Exhibit 43), on the stem (Exhibit 48), or on the glass (Exhibit 49).

While the filament is oxidizing, the tungsten in the filament wastes rapidly away. At a spot where the filament is thin, the filament becomes hotter and oxidizes faster creating a thinner spot, more heat, and faster oxidation. Finally, the temperature at that point exceeds the melting point (3370°C or 6100°F) of tungsten, the metal liquefies and forms a gap or opening in the filament. For an instant, a bright electric arc forms between the parted filament ends

Case 3:22-cv-00627-SDD-RLB   Document 63-12   03/07/24   Page 17 of 31

with still greater heat. When this gap widens, with additional melting, to the point where available voltage can no longer maintain the arc, the current ceases in the broken circuit. The filament has then "burned out." This burn out is the same thing that occurs during normal aging, but the filament wastes away in seconds rather than days. Moreover, in old-age burn out, metallic tungsten vaporized from the filament is deposited on the glass and darkens it.

Small filaments burn out more rapidly in air than large ones. 12-volt filaments burn out more rapidly than 6-volt filaments. Old filaments burn out more quickly than new ones. If the electric circuit by which the lamp is energized is broken before burnout is complete, the filament cools and oxidation stops. The filament may have produced almost no white oxide and will not, of course, burn out. Still, the filament does blacken.

***Oxide coating one of two filaments*** (Exhibit 47) means that the other filament, which is blackened, was incandescent. Then the filament with oxide on it was not incandescent. The oxide is thrown off by the incandescent filament and deposited on cooler surfaces nearby.

***Time of oxidation*** is important. Filament oxidation in a broken lamp can occur in two ways:

1. The filament was incandescent when the glass broke or had been incandescent an instant before.
2. The glass broke when the filament was cold (off) and the filament was energized afterward.

Both indicate that the filament was incandescent after, but not necessarily when the lamp glass was broken. Therefore inferences about whether the lamp was on or off when the glass was broken in a crash must be guarded.

There are two ways that a filament can be cold when glass breaks and then later oxidizes when current is switched on:



***Exhibit 47.*** *The glass envelope is broken and the lower large filament is black. The filament has burned out and white tungsten oxide smoke has deposited on the smaller filament.*



***Exhibit 48.*** *The smaller upper filament (to the right) shows elongation and is black. The glass has broken and the circuit was complete so the small filament burned out depositing white tungsten oxide on the adjacent filament and the glass stem.*



***Exhibit 49.*** *The smaller filament was energized after the glass was broken. The filament burned out and deposited white tungsten oxide on the glass filament damper, filament support posts and the amber colored glass.*





***Exhibit 50.*** *Without bulb breakage, direct contact at the right corner of this truck can produce incandescent filament stretching. It may also produce cold fracture and possible elongation of filaments, and multiple fractures of brittle filaments. Here stretching of the incandescent filament is observed, which indicates the filament was hot at the time of the impact.*



***Exhibit 51.*** *The glass envelope of the right rear turn signal/brake light did not break. The damage to the right rear occurred in a rollover. Because the lamp was in the contact damage area, hot shock was present in the large filament of this two filament lamp.*

1. Glass broke in an earlier collision that went unnoticed. Then current is switched on in normal operation. The filament oxidizes and burns out. In a subsequent crash, the glass is broken again and the indication is mistakenly read as lamp "on" at the second crash. The lamp was, however, burned out and off.
2. Glass broke when the filament was cold and then, before the filament was examined, current is switched on for some reason. After that, examination may lead to a false inference that the lamp was on at the time the glass broke.

The second of these circumstances usually occurs when, after a crash and before the lamp is examined, someone carelessly turns on a switch to see whether the lamps work and immediately burns out any in which the glass had been broken. Then the lamp gives a false indication

There are some circumstances that help determine whether such false indications are present. If there is no deformation of a heavily oxidized filament in a broken lamp, it can be inferred that the shock that broke the glass did not affect the filament. This might be because the filament was actually cold when the glass was broken. Such an inference should also involve consideration of damage to the vehicle in the vicinity of the lamp and whether the vehicle was moving or standing (Exhibits 50 – 53).

***Fused glass particles*** definitely indicate that




**Exhibit 52**. The glass bulb of the left front turn signal/running light on this mini-van was not broken. Clearly, the lamp is in an area of contact damage. If either or both of the two filaments in this lamp were incandescent, expect the filaments to show signs of hot shock (stretching). The lamp is shown with the filaments that have to be classified as normal. The conclusion is that neither filament was incandescent at the time of the crash.



**Exhibit 53**. Contact damage and crush some distance from the lamp, as in the headlight on the truck to the left, is unlikely to produce significant deformation or fracture in new filaments. Brittle fracture in old filaments sometimes occurs. The taillight in the car to the right is too far away to expect brittle fracture even in an old filament.

a filament was incandescent when the glass broke. Flying particles of broken glass stopped by an incandescent filament will be fused by the filament's heat and may adhere to it. Sometimes these melt to the point of forming droplets (Exhibit 54). Sometimes they retain most of their original shape (Exhibit 55) and sometimes they are partly melted (Exhibit 56). Glass particles are more likely to adhere to large filaments than to small ones because there is more heat in the large filament to fuse to the glass. Rarely, a very small glass particle will stick to a hot but not incandescent filament in a two-filament lamp. That could indicate that one of the two filaments in the lamp was incandescent but might not alone show which one.

Glass dust sometimes adheres to incandescent filaments and appears under magnification as tiny whiskers or fuzz. The absence of any fused glass fragments does *not* mean that the lamp was off. The glass may break without scattering fragments on the filament.

Particles of road rock or unfused glass lodged in filament coils and heavy dust settling on the filament sometimes are mistaken for fused glass fragments (Exhibit 57). These may be distinguished by microscopic examination and may usually be brushed off with a fine brush.

*Etched glass* may be considered a form of glass fusing by an incandescent filament. It is not common. The filament comes in contact with glass usually by stretching due to shock.



**Exhibit 54**. Small glass droplets are formed when glass particles are stopped and melted by hot filaments.



**Exhibit 56**. Melted glass can be observed between coils. The filament fractured because of a mechanical break at the same time the glass envelope broke.

**Exhibit 55**. A large piece of glass has fused to the large filament. The filament needs to be essentially incandescent for this to occur.



**Exhibit 57**. Other things may be mistaken for fused glass particles. The photo shows some road muck stuck on the coil. These particles brush off while fused glass will not.

Where it touches the glass, the glass is slightly etched or roughened. There is some softening of the glass surface and there may or may not be filament adhesion. The glass bulb is ordinarily not broken, but if broken, most of it remains in place. Sometimes the filament blackens the glass in the area touched (Exhibit 58).

### Filament Deformation

*A **hot filament is ductile*** and will stretch out, uncoil, or even tangle without breaking or before breaking (Exhibits 59 and 62). Inertia of the filament during an impact often makes this happen. Hence the resulting deformation is often called "hot impact" or "hot shock." Stretching of the filament may also occur when

**Exhibit 58**. This filament has stretched by hot shock until it strikes the inside of the glass envelope where it darkens the glass. The glass envelope is clearly still intact despite the high degree of shock. Stretching where the filament touches the inside of the glass envelope is not common.

Case 3:22-cv-00627-SDD-RLB     Document 63-12     03/07/24     Page 19 of 31





**Exhibit 59.** *The large filament shows signs of hot shock whereas the small filament looks normal. The stretched filament has come to rest very near the glass.*

**Exhibit 62.** *Both the large and small filaments show hot shock. Indeed, the two filaments are somewhat tangled. Both filaments would have been on at the time of the impact.*





**Exhibit 60.** *The small filament shows hot shock. The hot shock is less and perhaps more typical than the lamp shown in Exhibit 59. Note that the large filament shows no stretching and is broken near the filament support post.*

**Exhibit 63.** *The halogen lamp shows hot shock on one filament. The other filament looks normal. In general, it takes a greater shock to stretch halogen lamp filaments than other tungsten lamps.*





**Exhibit 61.** *This small filament shows hot shock. The large filament shows no sign of significant stretching and has broken at both ends of the filament near the support posts. At the time of the impact, the small filament was hot and the large filament was cold.*

**Exhibit 64.** *The low beam filament (above the cup) shows hot shock. This filament is mounted parallel to the longitudinal axis of the car. The high beam filament appears normal.*





**Exhibit 65.** *This single filament halogen lamp shows hot shock. Note the coil spacing. In particular, note the coil spacing is closer toward the tip of the lamp and farther apart toward the base.*

**Exhibit 67.** *The view is from the opposite side of the lamp shown in Exhibit 66. The stretching of the darkest filament is obvious. The second filament was heated by the other and also shows some hot stretch.*



**Exhibit 66.** *The tip of the halogen lamp was broken off in the crash so air reached the filaments. A white tungsten oxide coating is shown on the interior of the glass. Note that the one filament is stretched more than the other and is a dark color, almost black.*

**Exhibit 68.** *The larger lower filament shows obvious hot shock. The smaller upper filament will be heated by the large filament. Minor stretching of the small upper filament can be seen. This could be the result of mild hot shock from heating by the other filament or age sag.*

the glass breaks and some foreign object snags the filament or bends the filament supports. If the filament is cold when snagged, it will most likely break. If it is hot, expect to see filament stretching. When a hot filament has a significant snag, expect it to also break after stretching.

The glass bulb may or may not be broken. But, because hot shock is the only indication that the light was on if the glass bulb is unbroken, hot shock is most significant when the bulb remains intact (Exhibit 59 – 65).

The filament must be hot to deform but need not be incandescent. With the same impact, the hotter of the two filaments in a lamp will usually deform more than the cooler. Hence, if one filament in a two-filament lamp is deformed much more than the other, the one with greatest deformation was incandescent and the other was hot because of its proximity to the incandescent filament (Exhibit 66). If both filaments were more or less equally deformed both are indicated as incandescent (Exhibit 62). If one filament is heavier than the other, the lighter filament usually stretches somewhat more.

***Longitudinal deformation*** (Exhibit 65) tends to compress the filament at one end and stretch it at the other.

***Direction of distortion*** is not a reliable indication of force direction (Exhibit 62).

***Halogen lamps*** are incandescent tungsten



*Exhibit 69. The driver of the car shown in A stated that the emergency flashers were on when the car was struck in the right rear. The damage is clearly not massive, but the lamp in question is in the contact damage area. The lamp can be accessed via the trunk. The lamp at issue is shown in its normal location in B. In C the lamp socket has been twisted and pulled out of the lens assembly. From the observed position of the lamp, the direction of gravity on the lamp can be determined. The lamp is shown in a closer view in D. The large filament (used for the emergency flasher) clearly shows signs of hot shock. Indeed, the direction of stretch is in the opposite direction of what would have been caused by age sag. The small filament shows signs of age sag. The end of the small filament is broken by the left support post. Therefore, it can be concluded that the emergency flasher was on and the small taillight filament was off at the time of the crash.*

lamps. They behave on impact like other tungsten lamps (Exhibit 63 – 67). But the filament in a halogen lamp is more compact than the filament in the older style conventional headlamp. Therefore, it deforms somewhat less under the same impact.

*Absence of hot shock* does not mean that the lamp was off. The shock may not have been great enough to stretch the filament.

A substantial bump or jolt is needed to create a hot impact deformation. It is much less, however, than that required for cold impact elongation or fracture. How much a filament is distorted on impact while hot depends on four factors: 1) most importantly the severity of the impact, that is, the rate at which the lamp is accelerated or decelerated during the crash; 2) filament age; 3) size of the filament; and 4) temperature of the filament.

Severity of impact (sudden change in motion) that a lamp receives in a collision depends not only on the speed change of the vehicle during the crash but also how close the lamp is to the contact damage area (Exhibits 50 and 69). Lamps in a substantially crushed area will nearly always show hot impact distortion if they are on at the time of the crash. If they are near the crushed area, they may show impact distortion. If a lamp is more than a few feet from contact damage, it is unlikely to show distortion even if it is incandescent.

*Be very careful,* therefore, about inferring

that a lamp from a severely damaged vehicle was off because it shows no sign of impact deformation that would indicate that it was on. The conclusion is only warranted if the lamp was actually struck hard or was in the contact damage area. If it is only a few feet from contact damage, the vehicle structure may so attenuate (lessen) the impact that the lamp suffers no significant deformation.

Do not confuse age sag with hot shock. Non-halogen lamps, in particular, will sag in the direction of gravity after many hours of operation. Sometimes mild hot shock can be confused with age sag. Consider the case shown in Exhibit 69. The issue was whether the emergency flasher lamps were operating at the time of the crash. The right rear lamp in question is in the contact damage area. Photos were taken as the lamp was accessed from the inside the trunk. Note the direction the lamp was mounted in its normal operating position in Exhibit 69B and 69C. A close view is shown of the lamp in Exhibit 69D. The large filament, the emergency flasher filament, clearly shows hot shock to indicate that it was on at the time of the crash. The smaller filament shows some minor stretching. This amount of stretching is consistent with age sag. Furthermore the sag is in the direction of gravity. Knowing how the lamp is mounted in the vehicle can be useful when evaluating whether age sag or mild hot shock is present.

A hot filament can be stretched to the breaking point. When it cools after hot stretch, the filament remains deformed.

### Broken Filament

Filaments may be parted in an impact in essentially the same two ways that they can fail in normal use as described earlier: 1) burnout, and 2) cold or brittle fracture.

Fractures are produced by the forces in a crash. A fracture definitely indicates that the filament was not incandescent when the impact occurred. That could be  because the filament



*Exhibit 70. The large filament is fractured close to the top support post. The filament is, however, still intact at the other support post. The impact has been sufficient to cause hot shock to the small filament.*

had previously failed due to brittle fracture, in which case it would have been off at the time of the crash, or because the light was off and the filament was cold when impact broke the filament.

The glass bulb may or may not also be broken. But because cold shock is the only indication that the light was *off* if the glass bulb is unbroken, cold shock is most significant when the bulb remains intact.

The absence of brittle fracture does *not* mean that the light was on. The impact may not have been great enough to break the filament.

The appearance  of fractured filaments is described in the discussion of normal filament failure (Exhibit 20).

*Silver luster* remains. There is no sign of oxidation whether glass is broken or not. There may be roughness or pitting depending on how much the filament has been used.

A filament with a single break may remain attached to supports but is usually somewhat elongated (Exhibit 70). If the filament breaks in more than one place it may be loose in the bulb (Exhibits 71 – 73), unless the glass is also broken and the loose filament is lost. Slight cold stretching is easily distinguished from the much greater uncoiling when the filament is hot. Sometimes impact forces that do not fracture a filament are enough to bend filament supports,

Case 3:22-cv-00627-SDD-RLB   Document 63-12   03/07/24   Page 21 of 31

448

*Exhibit 71.* A cold fracture can occur near both filament support posts as shown here. The filament is loose in the glass envelope.

*Exhibit 72.* A few coils of the filament are still attached to the filament support posts. The remainder of the filament is in one piece and loose in the glass envelope.

*Exhibit 73.* For this case, the filament has essentially shattered into what looks like are small washers. This type of cold fracture is not common.

damage the base shell, or crack the insulator in the base.

Impact must be very great to produce cold shock (much greater than for hot shock). Hence the lamp must be in or very near contact damage from a collision. If a lamp is more than a foot or so away from a contact damage area, the filament is unlikely to suffer from cold impact.

Old filaments that have become crystallized and weakened in spots by pitting may fracture with very little impact, much less than for filaments in new lamps.

With filaments having about the same amount of aging, heavy filaments such as those used in headlamps are not as likely to cold break than fine filaments, such as used in tail lamps.

*A peculiar circumstance* may make a fractured filament indeterminate if the bulb is broken open in the crash and both ends of the filament are broken off right at the filament supports. This can happen with the filament incandescent. Whatever breaks the glass continues on and tears the filament from both supports, and the filament is lost. Close to the support, the filament is cold enough to fracture. Oxidation is minimum there, and not enough filament is left to show what little there might be. Thus, without reliable indications of filament temperature, whether the filament was incandescent or not is, in this case, indeterminate.

*Filament burnout* in a collision is quite different from that described under normal lamp failure. It does not occur unless the bulb is broken because even great filament deformation does not hasten burn out. But if the bulb breaks and lets air in, the filament quickly oxidizes and wastes away leaving a whitish residue as already explained. The effects on the ends of the filament are illustrated in Exhibits 18 and 19.

If a lamp was already burned out at the time of the collision, it would not be incandescent. It would be off. Then if shock further breaks the filament in a crash, the fracture, without elongation, would give the non-incandescent indication. If the glass broke in a lamp in which

the filament had already burned out, there would be no oxidation. The bright filament would give the correct non-incandescent indication even though the melted filament end seemed to indicate that the filament was incandescent when it burned out.

## Force of Impact

The question often is asked regarding how strong an impact is required to produce a significant abnormality in a filament. Only a general idea is available because conditions vary greatly. As an approximation, stopping a lamp going 20 miles per hour (32 kilometers per hour) in a quarter of an inch (0.60 centimeter) will usually be sufficient.

The acceleration or deceleration of the filament during impact is a better measure of the inertial force required. During impact, this force increases in milliseconds from zero to a peak and decreases to zero. The increase and decrease are not steady but definitely jerky, depending on the natural vibration frequencies of the filament and supporting structures. In tests on aircraft lamps[5] the peak acceleration producing deformation was found to be in a range between 400 and 900 times the acceleration due to gravity. Another study of automobile lamps[14] gives accelerations from 230 to 700 times the acceleration of gravity to give hot shock.

The irregularities in this acceleration may leave two filaments in the same bulb deformed in different directions (Exhibit 62).

## Short Circuits

*Another peculiar circumstance* can produce filament burnout in a crash without glass breakage. This can happen if there is a short circuit between two filaments or if part of one filament is shorted out. There is a reduction of the electrical resistance of the circuit and a corresponding increase of the current in a filament. This causes it to overheat and burn out, not by oxidation but by evaporation of tungsten,

if power continues to be supplied to the lamp.

Sometimes a lamp is so smashed that an energized filament support touches a grounded one, or the edge of a brass base. The short circuit often results in an abnormality that indicates that the lamp was supplied with electric power, a circumstance that may be especially significant if no filament remains for examination.

*If power is on* when such a short occurs, one or more of the following effects result:

- The fuse protecting the circuit burns out.
- The support and whatever it touches melt at the point of contact and may weld together. The weld is usually weak and the parts are easily separated.
- At the point of contact or weld, the parts may be pitted or "burned."
- Wire connecting the base contact and the filament support melts and burns out.

*Careful examination*, usually with magnification, may be required to detect these abnormalities.

Abnormalities produced by short circuit indicate only that power was on for the lamp when the lamp was smashed. This leads to the further inference that the filament was incandescent *unless* it had already burned out. Thus signs of a short circuit in the lamp strongly suggest but do not necessarily prove that the lamp was on.

A burned out fuse indicates that there was a short somewhere in the circuit. However, because a fuse may serve several lamps, a burned out fuse does not necessarily mean that a particular short-circuited lamp had power to it. The short circuit may have been somewhere else.

An unlikely event can occur when a stretched filament, as a result of hot shock, is stretched so far as to come into contact with another filament. If the stretched filament wraps around the second filament, a circuit can be created for the other filament. If the other filament did not

Case 3:22-cv-00627-SDD-RLB   Document 63-12   03/07/24   Page 22 of 31



**Exhibit 74**. The small filament has stretched so much that it has wrapped around the second large filament. Power to one filament can now provide power to the other.

have current passing through it before, now it may become energized by the filament that has wrapped around it (Exhibit 74).

### Temperatures Affecting Lamp Filaments

*Data on temperatures* related to lamp filaments will assist in understanding what can happen in a lamp during a vehicle collision (Exhibit 75). Glass particles will not stick to filaments unless the filament temperature is above the melting temperature of glass (710°C)

*Colors.* As the heated filament is exposed to air, it first turns pale yellow. It soon turns darker and becomes greenish and then purple if it is hot enough. These light colors are "interference" colors and represent very thin layers of oxide. In lamps that have been broken open while hot, these light colors appear on the filament, which is not itself heated by electric current, but is near to one that is incandescent. At these temperatures, the filament gives off little light, only a dull red glow. If the filament is hotter, however, it turns black with oxide. In broken lamps, this filament has been very hot. The black surface oxide turns to a yellow coating, which rarely appears in lamps broken in collisions, because at incandescent temperatures yellow oxide turns to a white oxide, which blows away from the filament like a puff of smoke and coats surrounding surfaces. This rapid oxidation continues until the filament cools. Cooling

| Occurrence | Celsius | Fahrenheit |
|---|---|---|
| Light oxidation begins | 600 | 1100 |
| Red glow, dark oxidation | 675 | 1250 |
| Black oxidation, glass of small lamps fuses | 710 | 1310 |
| Yellow oxide forms, sealed beam glass fuses, orange glow | 750 | 1380 |
| Incandescent light, white oxide | 2200 | 4000 |
| Tungsten melts | 3370 | 6100 |

**Exhibit 75**. Temperatures related to lamps in crashes are summarized in this table.

occurs after the tungsten has been eaten away by oxidation until the filament parts at some point and interrupts the current flow that kept it hot.

### 9. INDEFINITE INDICATIONS

In any inquiry, situations may be encountered in which the signs of what happened are unclear. Between strong "on" or "off" indication in lamps on the one hand, and no indication whatsoever on the other hand, there may be weak, questionable, or confusing signs that something happened to lamp filaments. Exactly what happened may be obscure. It is better to consider these confusing indications as indeterminate than to take sides.

### Discoloration

A bit of filament may be neither clearly bright nor definitely black. Viewed in one way, it looks oxidized, and in another light it does not.

Record the fact that it does not look normal. Indicate the uncertainty of what the condition means, and let it go at that. Do not be persuaded to say that it looks one way more than the other.

### Glass Particles

There may appear to be minute particles stuck to the filament. These do not look like the ordinary bits of fused glass. It is impossible to say exactly what they are and difficult to explain what they might mean. Then leave the matter open, perhaps recommending a more minute

examination by someone with the experience and scientific equipment to identify the particles.

### Deformation

The most common difficulty is in judging filament deformation. If the filament is clearly uncoiled or stretched out (Exhibits 59 and 62), there is no question that it was hot, if not incandescent, at impact. On the other hand, if it is so straight that it is easy to see through the coil, there was no deformation remaining after impact. It is the slight curve or abnormality that is questionable.

There are at least six possible explanations of a modest elongation or slight bend in a filament. Some of these indicate that it was hot and others that it was cold.

1. *Normal curve or arch in* the filament (Exhibit 76) can be determined by comparing the lamp with a new lamp of the same trade number or by finding the filament configuration for the trade number. Exhibit 77 is an example of normally bowed or arched filaments used in automotive lamps. In these curves, the filament coils are evenly spaced and the bow or curve is even from one filament support to the other.

2. *Manufacturing irregularities* may produce a slight curve in a filament that is supposed to be straight. This condition is not common for larger lamps such as halogens. As in the case of normally curved filaments, the coils are evenly spaced and the curve is even from one support to the other. The bowing is most likely to be up when the lamp base is down, but not always (Exhibit 77).

3. *Age sag* sometimes develops in filaments that have been in use a long time (Exhibit 78). It affects only small filaments such as tail light filaments. It will not be found in headlamps. The sag is downward when the lamp is in the position in which it was in use in the vehicle (Exhibit 69). Filament coils may show slight irregularities. The downward curve is much more pronounced in the middle than at the ends. Other signs of age are nearly always present. There may be bulb



**Exhibit 76**. This lamp has never been operated. It is new right out of the box from the auto parts store. The small arch in the filament is a normal manufacturing property.



**Exhibit 77**. This single filament lamp is new. The gentle bow in the filament might be confused with mild hot shock, but it clearly is not. This is the condition of the filament after it was manufactured.

**Exhibit 78**. Someone might conclude that the small filament has mild hot shock. That is unlikely. The inside of the glass is darkened, so this indicates a lamp that has been in service. Noting how the lamp was mounted in the vehicle helps to determine if the stretch is simply age sag.

Case 3:22-cv-00627-SDD-RLB    Document 63-12    03/07/24    Page 23 of 31

darkening (Exhibit 78), which is easy to see, and filament roughening (Exhibit 78), which is difficult to detect in small filaments that show age sag.

The three foregoing lamp conditions are all natural and not the effect of collisions. The following two, which are quite similar, are the effects of collisions. If they are sufficiently pronounced to be clearly distinguishable, they can indicate whether the lamp was lighted or not. Only conspicuous deviations from normal shape can be attributed to collision forces.

4. *Mild hot deformation* (Exhibits 79 – 81) usually shows noticeable irregularities in spacing of filament coils that are stretched out more toward the ends than the middle. The curve is *usually* in a direction opposite to that of the force that produced deformation. The curve or sag is likely to be more pronounced in the middle than at the ends with the result that the curve is not regular throughout.

5. *Slight cold stretch* without breaking filament may be virtually indistinguishable from a manufacturing irregularity. It is usually in a direction opposite to that of the force that produced the deformation. For example, if the tail lamp is base forward and the car is struck from the rear the filament is bowed away from the base in the same direction as is likely in a manufacturing irregularity. In the slight cold shock, the tails of the filament are likely not to be quite in line with the filament coil.

6. *Repeated small bumps* or jolts will gradually deform a filament. These are most likely to appear on trucks and motorcycles that may subject lamps to jolts. Exhibit 82 shows a lamp which has been tapped briskly on a table about 20 times while one filament was incandescent. The filament illustrated could be mistaken for hot shock in a single impact. That much deformation from bumps is very rare. There is no record of it in passenger cars. The significance would have to be judged by the amount of deformation and the kind of treatment it may have experienced in operation.



*Exhibit 79. Both filaments have mild hot shock. Note in particular that the large lower filament shows more space between the coils by the support posts.*



*Exhibit 80. As in Exhibit 79, the large lower filament shows mild hot shock. The coil spacing is closer to normal than Exhibit 79. Nonetheless note slight differences in coil spacing.*



*Exhibit 81. The small top filament has three support posts. The filament shows mild hot shock. The middle post is added for more support. The third support post is not seen in many vehicle lamps.*

such as statements by reliable witnesses, well-established switch positions, or the condition of other lamps operating from the same switch will assist in a determination in questionable cases. Download data from an air bag module may have an indication that a brake was applied, for example. Of course, if the brake light filament had a previous normal burnout, the brake light would be off even if the brakes were applied.

If there are several weak indications that point toward the lamp having been on and none that suggest it was off, it is reasonable to conclude that it was, indeed, on. Likewise, several indications that a light was off and none that it was on warrant the opinion that it was actually off. But when some conditions indicate a light was on and others that it was off, any conclusion is questionable.

**Most of Filament Missing**

An indeterminate condition may occur in broken lamps when the filament available for examination is only a few millimeters of the tail attached to the filament support. The filament is broken near the first coil or, more likely, at a sharp bend in the tail. Nothing remains to show possible filament deformation. The filament is broken off where brittle fracture is most likely to occur without any sign of melting.

Then, lacking whitish oxide deposits elsewhere, discoloration of this bit of filament is the only possible sign of on or off.

If the filament still attached to the support is definitely blackened or at least clearly tinted, there is indication of heat when air reached the tungsten. Then that filament or possibly another filament in the lamp was definitely incandescent.

But no discoloration does not mean that the filament was off when the glass broke. That is because so close to the cold support, the filament may not have been hot enough to oxidize. In the tail, the temperature of the filament varies from incandescence at the first coil to much below that required for oxidation at the support. See, for example, Exhibit 46. Discoloration on



*Exhibit 82. Repeated sharp jolts can produce significant deformation in an incandescent filament. This lamp was tapped about 20 times on a table when the filament was incandescent.*

In this connection, remember that lack of deformation is not always proof that a lamp was off during impact. Some lamp filaments resist, to a surprising degree, deformation even while incandescent.

## 10. PECULIAR CIRCUMSTANCES

### Indeterminate

Determination of whether a lamp was on or off is often impossible. In that case, do not hesitate to say so. There are several clear indications of an indeterminate situation:

- *Lamp destroyed* or missing. Not enough is left of the filament or filament supports to show signs of light being on or off.
- *Lamp appears normal* in all respects. Glass is unbroken and impact shock was not great enough to affect the filament.
- *Lamp has been removed* by someone for some reason and is no longer available for examination. A replacement lamp will, of course, appear normal.

### Questionable

In some lamps, indications of on or off are not clear. Then, the best the investigator can do is to express possibilities, as opposed to probabilities or certainties. There may be several possibilities. It may be that other circumstances of the crash

exposure to air varies with this temperature. Even with an incandescent coil, the tail may not be hot enough where it connects with the support to change color. Then, if it breaks in the cooler part, as it may well do, there will be no sign of heat. Consequently, a fragment of bright filament next to the support gives no indication of heat and therefore on or off is indeterminate.

## On-or-Off Indications Other than Lamps

Sometimes when examination of the lamp gives no clue or only an uncertain clue as to whether the lamp was on or off, other circumstances may help in the determination.

*Position of the light switch* may be an indication under certain circumstances. This is discussed elsewhere.

*A lamp in a heavily damaged area,* where it would clearly have been subject to great shock, appears normal. That condition strongly suggests that it was off rather than on. The impact was not enough to result in cold shock to prove it was off, but it was enough to result in hot impact if the lamp was on.

*Adjacent lamps* that would have been lighted at the same time will receive approximately the same impact. One clearly shows hot impact. The other is indeterminate. It is reasonable to conclude that the latter was off or it would presumably also have shown some hot impact.

## Lamp Affected by Previous Crash

It is possible that the effect of a previous crash will remain in a lamp and be mistaken for the effects of a subsequent impact. This is rare. So it would be better not to assume that a previous event rather than the one under investigation damaged the lamp. Previous damage would have to have been well established.

*Hot impact deformation* may occur without glass breakage if the lamp is in a contact damage area on a vehicle. Then, if the filament is unbroken, which is usually the case, the lamp will still light and will, indeed, appear to be still serviceable. If put back into use, in a second collision, with the light off and the glass unbroken, the lamp still exhibits hot impact deformation. That gives a false indication that the light was on when the second collision occurred. This can also happen when a repairman replaces a broken lamp in a damaged vehicle with an unbroken one from another vehicle that has been cannibalized after a previous crash. Other information is required to determine in which collision the filament was deformed. For example, the proposition that the lamp filament was deformed by a previous impact must be ruled out by proper inquiry concerning the vehicle history.

*Hot break.* A lamp may also show hot break from a previous collision. When sealed beam lamps were commonly seen, the most observed occurrence of this kind is when a road stone puts a small hole in a non-halogen headlamp lens. If the lamp is on, or as soon as it is turned on afterwards, the filament oxidizes and burns out. If another crash breaks the lamp more before the driver notices the broken lamp and has it replaced, it will appear to have been on, even though it was off. Signs of the earlier break may be obliterated by the later one.

## Tampering

Sometimes, after a collision, a driver switches on lights that should have been on before, or he may be accused by someone of doing so. If there is hot-impact filament deformation, the light was on during the collision and not switched on afterward. If there is brittle fracture of a filament, the light was off at impact, either because the cold filament was fractured by the impact or because the lamp had failed by brittle fracture some time before.

Oxidation of a filament in a broken lamp is indeterminate as to whether the lamp was on at the time of impact or was turned on afterward. In either case, the filament oxidizes and blackens in air at once. But glass particles fused to a filament indicate that it was incandescent when the glass was broken and glass particles were flying about. After the vehicle comes to rest, there is no loose

| Power Off Before Impact (Seconds) | Oxidation | | Deformation | | |
|---|---|---|---|---|---|
| | Taillight | Turn Signal | Taillight | Turn Signal | Sealed Beam Headlight |
| 4.0 | None | None | Slight | Medium | None |
| 1.3 | None | None | Medium | Large | Medium |
| 1.0 | None | None | Medium | Large | Large |
| 0.5 | None | Light | Medium | Large | Large |
| 0.2 | Light | Heavy | Large | Large | Large |
| 0.0 | Heavy | Heavy | Large | Large | Large |

*Exhibit 83. Filament abnormalities are summarized with current off just before impact. Note that the headlight listed is a non-halogen sealed beam lamp. It is normally easier to deform a non-halogen sealed beam lamp than a halogen headlamp.*

glass to stick to the filament.

If filaments are gone from a lamp that broke open in a collision, deposits of whitish tungsten oxide may remain to help decide whether the lamp was switched on after impact. If the filament is on when the glass breaks, the oxide smoke will swirl about and deposit thinly and irregularly because of the motion of the vehicle. If the vehicle is standing and the lamp is switched on, the smoke will rise up and deposit evenly on surfaces above the filament.

If a driver claims that the other car's lights must have been switched on after the crash, the idea is preposterous if the driver of the other car was killed or too badly injured to turn on the lights. However, the impact may, under certain circumstances, switch a car's lights on or off without any person operating the switch. How this may occur is explained in the next section.

## Current On/Off Just Before or After Crash

What happens to the filament (Exhibit 83) if current is turned on or off just before or after the lamp is involved in a crash? That must be considered when someone claims that the lights were switched on. However, it is most important in connection with flashing signal lights.

*Time required to light-up.* Light appears very quickly after current in filaments is switched on. A cold filament has a much lower electric resistance than a hot one. Consequently, there is a great in rush of current to heat the filament after the voltage is first applied. Filaments reach normal current incandescent operating temperatures, in 30 to 80 milliseconds.[8] Therefore, the filament would show hot shock or oxidation if the crash occurred more than about a tenth of a second after the lights were switched on.

*Time to cool off* is much greater than time to light-up. Exhibit 83 shows the results of tests in which current was shut off just before an ordinary two-filament tail-signal lamp (Trade No. 1157) impacted a fixed object at 24 miles per hour (38.7 kilometers per hour). When the glass is broken, oxidation shows in the flasher filament if the impact occurs within half a second after the current shutoff. In the small filament, it shows within a quarter of a second. Hot shock distortion appears in the flasher filament as much as four seconds after the impact. In the small filament, shock distortion appears for more than a second. The larger, flasher filament continues to show effects of having been lighted longer after current shutoff than the smaller one.

Exhibit 84 shows what happens when current is shut off in a sealed beam headlamp at various intervals before the impact at about 25 miles per hour. With the current off seven seconds or more before impact, there is no visible permanent deformation. If power is stopped three to four seconds before the impact, the filament shows some deformation, but not really enough to be sure about. But if the current is

Case 3:22-cv-00627-SDD-RLB    Document 63-12    03/07/24    Page 25 of 31

on until a second or two before impact, there is definite deformation. The filaments shown in Exhibit 84 are from sealed beam (non-halogen) headlamps. Expect less deformation for halogen lamps than what is seen in the non-halogen lamps in Exhibit 84.

*Flasher operation.* Turn signal and emergency flashing lights go on and off between one and two times per second.[9] Current is flowing in the filament about half that time, more or less depending on the frequency of flashing. A signal could have as much as 60 milliseconds to cool between flashes. Then a question could be raised as to the significance of an indication that the flasher was on or off.

Filaments can oxidize more than half a second after current is off, and hot deformation can occur several seconds afterward (Exhibit 83). Then for more than 60 milliseconds after the current stops, (the maximum time that the current is off in the flasher operation) the filament will continue to show the effect of having been incandescent. Therefore, while flashing, lamps can only show an "on" indication regardless of whether the collision occurred in the light or dark phase of the flashing.

*Combined signals.* In rear lamps the turn flasher and brake (steady) signals are often in the same filament. Then, if the indication is that the lamp was on, it would be impossible, from the lamp alone, to determine whether the brake signal, the turn signal, or both were operating. If the indication is that the lamp was off, neither would have been operating. In front signal lights, where brake signals do not show, any indication refers only to the turn signal.

## Short Circuits

Short or crossed circuits sometimes occur in a two-filament lamp when one broken or stretched filament touches or tangles with another or a filament support, (Exhibit 74) or when two filament supports are forced together by whatever broke the lamp. Then current flowing in one filament can reach ground

through that filament as usual or through the other filament. Filaments often fuse together where they make contact.

Short circuits most commonly occur when filaments are stretched by hot shock or when objects that break the bulb also bend filament

**7.5 Seconds Before**

**3.5 Seconds Before**

**1.5 Seconds Before**

**0.5 Seconds Before**

**On At Impact**

*Exhibit 84. A sealed beam headlamp filament can show definite signs of deformation from a severe impact if current remains on to within two or three seconds of impact.*

*Exhibit 85. In a four-headlamp system, a short circuit between filaments in one of the two-filament lamps may make broken high beam lamps appear to have been on. This is illustrated here. Beam switch is on low beam. Current from battery goes through connections A, B, and D to low beam filament in Lamp 1. There the short circuit takes it to high beam and it follows connections E, G, I, and K to high beam filaments and ground through Lamps 2, 3, and 4. If any of these break they will then burn out as though they had been on instead of off.*

supports or stretch filaments out of shape.

*Which filament was lighted?* With a short circuit, there is no special problem in deciding whether some filament or no filament was lighted. But there may be a problem of deciding which of two filaments was lighted. This problem occurs so seldom that a detailed discussion is not warranted.

*Four-headlamp problem.* In a four-headlamp system, one lamp on each side has only a high beam. The other has both high and low beams but only one filament at a time in each is in use. Under these circumstances, a short circuit in a damaged double-beam lamp while the low beam is on may make all damaged headlamps on the same vehicle give a high beam indication (Exhibit 85). So it is sometimes not enough to get an indication from a single lamp. The situation of all lamps on the same circuit may have to be considered.

## Direction of Impact

There has been theorizing that the direction in which a filament is stretched in hot shock will indicate the direction of the crush of the parts holding the light fixture containing the lamp, or the direction of the motion of the vehicle in which the lamp was damaged.

*Experiments with lamps* teach that little

confidence can be placed in such a conclusion, except for mild hot impact. During impact, the attitude of the lamp and direction of forces can change so quickly and so much that they cannot properly be represented by the direction of stretch of the filament in a lamp. It is perhaps more important to consider this during impact, because of the elasticity of supporting structures, a lamp may jerk first one way and then another while the filament is still hot. This can produce a tangling effect (Exhibit 74). When two filaments in the same glass envelope are incandescent and subjected to impact, they may show stretch in different directions (Exhibit 80). This is simply the position where the filaments stopped moving after the impact. Clearly, both filaments experienced essentially the same hot shock.

The foregoing is not to be construed as meaning that hot shock will look the same, regardless of the direction of the force producing the distortion.

## Rollover

Examination of lamps in cars after a rollover shows they are not ordinarily affected by the jolting produced in that manner. Therefore, whether lights were on or off before the rollover is usually indeterminate (unless the glass envelope has broken) from examination of the

Case 3:22-cv-00627-SDD-RLB    Document 63-12    03/07/24    Page 26 of 31



*Exhibit 86. If the glass is intact, external heat expands the gas inside the bulb. The resulting pressure causes ballooning or stretching where the glass is hottest. Indications as to on or off are normal as long as the bulb remains closed.*

lamps alone.

The exception to this rule occurs when the lamp is in an area where vehicle structural collapse was considerable, for example when that part of the vehicle strikes something very solid such as a guardrail, tree, post, or bridge (Exhibit 51).

### Lamps in Fires

If a fire starts after a crash, especially a fire from spilled fuel, lamps may be affected, especially the rear lamps. Whether the lamp was on or off is usually indeterminate either because the lamp shows no abnormalities other than a smoke-blackened exterior or because the lamp is so badly damaged that no filament remains to be examined.

External heat may affect the lamp in different ways depending on the kind of lamp, how it is mounted, what part of the lamp is exposed to heat, and the length of time external heat is present. Fire may melt solder holding contact lugs to a sealed beam lamp, plastic bases, or the solder in the contacts of smaller lamps. It may disintegrate the cement holding the glass to the base. It may also soften the glass. In extreme cases, the glass is more or less melted into a lump. On the other hand, the glass may be



*Exhibit 87. Where it balloons with external heat, glass eventually blows out at the weakest spot leaving a vent that relieves internal pressure. That lets air in. Filament distortion still indicates on or off, but any oxidation may be due to external heat.*

softened just enough so that the bulb is a little off center.

Glass usually softens first or most in a limited area of the bulb. The heat expands the gas within the bulb putting it under pressure. If the bulb is unbroken, the softened area stretches or "balloons" (Exhibit 86). Where it stretches, the glass becomes thin and may blow out. The hole opened may be very small (Exhibit 87). When the hole opens, pressure is relieved and no further "ballooning" occurs, although the soft glass may continue to sag or droop. Where glass has thinned out, it breaks easily when it cools. Before attempting to remove the lamp for examination, make a note of whether the glass was broken before the fire. If the glass is broken before the fire, as sometimes happens, the expanding gas in the lamp escapes at once without a pressure buildup and there is no ballooning but perhaps some melting or softening.

If glass is intact after a fire, the indications of on or off are the same as for any unbroken lamp, regardless of how the bulb may be deformed. But make sure that there is no tiny hole in a ballooned bulb that permitted air to enter.

If the bulb is open after a fire, filament deformation indicates hot impact. Glass particles fused to the filament indicate incandescence.

Because these two conditions occur only during impact, they are not significantly affected by fire that occurs later. Melted glass may embed the filament in its deformed condition and will show that the lamp was on during impact.

*Filament oxidation* in a lamp that is open after exposure to fire is another matter. External fire can oxidize a filament exposed to air. Thus if, in an open bulb that could have been affected by fire, both filaments are blackened or if there is only one filament and it is blackened, on or off may be indeterminate because there is no way to know whether discoloration was due to oxidation of an incandescent filament when the glass broke or to external fire after air reached the filament.

*If one of two filaments is blackened* and the other is still bright or only tinted after exposure to heat from a fire, the blackened filament would have been incandescent and the other off because the filaments are so close together that fire would discolor both if it discolored either.

There is at least one other circumstance that may help to decide whether the filament was discolored because it or an adjacent filament was incandescent (on) when the bulb broke. If a filament is discolored from heat within the lamp itself, especially if it is only tinted by oxidation, it is much more discolored in the middle where it is hottest and discolored little if any next to filament supports where it is coolest (Exhibits 44 and 46). However, if external heat from a fire reaches a filament that is exposed to air, the temperature is about the same throughout the filament and the discoloration is the same from one end of the filament to the other. Even filament tails beyond the supports usually show the same discoloration. Such uniform discoloration could occur by fire whether the lamp was on or off. Hence the matter is indeterminate.

A lamp ballooned by external fire, whether a sealed beam or small lamp, may be open to the atmosphere or still airtight when the fire is out and the lamp cools. Whether it is open will make a difference as to the significance

of filament oxidation. Glass stretched out by ballooning is very thin and fragile. It breaks easily in handling. Breaking it makes it nearly impossible to determine whether, after the fire, the bulb was open or intact. Consequently, lamp examination and handling after a fire must be done with great care.

### Lamps Under Water

Sometimes lamps on motor vehicles or boats are submerged after a crash. How does this affect the lamps and what do they indicate as to "on" or "off"?

*Lamp damage before submersion* is affected little by water. Deformation, discoloration, and glass particles stuck to filaments remain the same. An exposed filament that has started to burn out in the air completes burnout under water. Tungsten oxide deposits on stem, supports, inner bulb surfaces and adjacent cooler filaments are not formed or may be washed away. Therefore indications are about the same as they would be without submersion.

*With damaging impact under water*, filament deformation is almost unaffected. If a filament is exposed by glass breakage under water, oxidation and possible burnout occur as in the air but with less oxidation. Filament discoloration does not appear. Adherence of glass particles to an incandescent filament is unlikely. No tungsten oxide is deposited on adjacent surfaces. Principle indicators are the same as they would be if the glass broke in air.

If an intact filament in a broken lamp is switched on under water, it does not oxidize or burn out soon. Water keeps the filament from heating up to incandescence.

### Variable Voltage Lamps

Most motor-vehicle lamps operate at a fairly constant voltage that depends on the battery. Some bicycles and other small vehicles may supply current to lamps from a magneto or generator without any battery or voltage regulator. Then the light is off when the vehicle

Case 3:22-cv-00627-SDD-RLB   Document 63-12   03/07/24   Page 27 of 31

is standing and becomes brighter the faster it moves along a road.

Sometimes, in a misguided attempt to increase the light, original bulbs are replaced by bulbs of lesser voltage. That would work on a constant-voltage system but with the limited output of a variable voltage system, it only makes matters worse.[6]

However, when such a lamp is broken, it may still show particles of glass fused to the filament. That is, indication that it was "on." With the voltage available, the filament can be hot enough to make glass chips stick to it but not hot enough to produce more than a faint light, so the current can be "on" but the light "off" (Exhibit 75).

### Exposure to Weather

What effect does exposure to the elements have on filaments in broken lamps that stand outdoors for months before they are examined? Such weathering has no effect on signs as to whether the lamp was on or off when damaged. Broken lamps with heavily oxidized, lightly oxidized and unoxidized filaments were left exposed to rain and snow for a year with no effect on oxidation. However rain and weather may wash white tungsten oxide deposits from some surfaces.

Filaments may collect some dust and dirt that can usually be brushed off with a small artist's paint brush. Steel filament supports usually rust to a brown color on exposure. Sometimes traces of this rust creep over filament tails near where they are clamped in the supports.

Partly broken headlamps left outdoors will often accumulate water or ice inside even though the lamp is not wide open. Water mottles the silver on the headlamp reflector but has little other effect.

In a sealed beam headlamp with a hole in it, signs of weathering inside, such as a mottled reflector, dirt, or collected water, noted immediately after a crash, indicate that the lamp was already open from a previous impact and therefore was definitely off at the later crash. If

it had been turned on after the first damage, it would have burned out at once. For non-sealed beam headlamps that are normally encountered today, the glass that houses the halogen lamp could be broken from a previous crash with the halogen bulb still intact. There may be signs of water and other contaminates in the headlight housing. If the break was something from a minor impact such as a thrown stone, the first impact may have no effect on the halogen filaments. A more significant impact could have caused, for example, filament stretching in the first impact.

### Statement of Conclusions

Do not offer a conclusion as to whether a lamp was on or off without being prepared to explain in detail two things: 1) exactly what abnormalities were observed in the lamp examined; and 2) what these abnormalities indicate or signify with respect to the temperature of the filament at the time of the crash. Any report relating to conclusions, should include such reasoning from observations to conclusions.

It is worth repeating here that when a conclusion that a lamp was on is based on oxidation in a broken lamp, one should be careful to say that the lamp was on when the glass broke or was turned on after the lamp was broken. From the lamp itself, no distinction can be made. Then other information may be necessary to determine which of these alternatives is acceptable.

### Logical Reasoning

It may not be enough to conclude from a filament's deformation that it was on at impact. It is essential to explain peculiarities of abnormalities.

For example, the left front headlamp shown in Exhibit 88 was clearly broken by heavy contact damage. Examination of the lamp (Exhibit 89) results in noting the abnormalities summarized in Exhibit 90 (part of the form for *Motor Vehicle*

 

*Exhibit 88. The left front headlight area shows considerable contact damage. Therefore it is expected that a headlamp in that area would show signs of impact.*

*Exhibit 89. The abnormal filaments in the left headlamp of Exhibit 88 were examined. Why were both burned out when only one at a time is supposed to be on?*

*Lamp Examination Record*).

Both filaments are deformed. The low filament (high beam), H, is significantly more deformed than the upper filament (low beam), L.

Both filaments are parted, the high beam by tapered burnout at T in Exhibit 89 and the low beam by heavy melting at M. About the same number of coils remains in each filament. Therefore, there is virtually no loss of filament in either.

The high-beam filament, H, is blackened by oxidation. The low beam filament, L, is covered by whitish oxide from one end to the other, mainly on the lower side closest to the high-beam filament.

Both filaments indicate by elongation that they were hot at impact. The absence of brittle fracture in both indicates that they burned out after glass broke and let air in. But that implies that both filaments were on when glass broke, that is at the same time, which is not supposed to happen. Several circumstances indicate that both filaments were not on at the same time:

- To have both on would require unusual lamp wiring. A test of the lamp socket and switch would show whether both could be on at once.
- Both oxidation and stretch indicate that the high beam was incandescent. The lesser deformation of the upper filament

| ABNORMALITIES OF FILAMENTS | Single Small | Low beam | Other, if nothing |
|---|---|---|---|
| Broken | X | X | |
| Missing or detached | O | O | |
| Loose in bulb | | | |
| End melted or tapered | X | X | |
| End fractured | | | |
| Blackened | | X | |
| Tinted or light colored | | | |
| White deposit | X | | |
| Moderately elongated | X | | |
| Stretched out, uncoiled | | X | |
| Fused glass | | | |
| Pitted | | | |
| Other, Show in note below | | | |

*Exhibit 90. Observed filament abnormalities are recorded on a special from in the lamp examination report.*

shows that it was hot from being near and above the incandescent one but that it was not itself incandescent.

- The whitish oxide from the lower filament was deposited on the under side of the upper filament by heated air rising from the incandescent filament.

If the low beam filament was not on when the lower high beam burned out, how did it get

Case 3:22-cv-00627-SDD-RLB   Document 63-12   03/07/24   Page 28 of 31

switched on and burned out later? There are two possibilities:

1. The lamp was broken in a previous crash and, perhaps because the break was not noticed, it was not repaired. Then, when the low beam was switched on later, the broken lamp promptly burned out the second filament. This is very unlikely. It can usually be ruled out if nobody remembers an appropriate previous crash.
2. After the crash, in which the high beam filament burned out, someone, inadvertently or to "test" the lights, switched on the low beam, which then immediately burned out. This hypothesis would be supported if the light switch was found in the low-beam position after the collision.

## 11. EXAMINING LAMPS AND TESTING CIRCUITS

### Caution

Do not look directly at lighted lamps, especially headlamps, with the naked eye. The intense light may injure eyes. Light may be viewed directly through a welder's goggles or an over-exposed photographic film. Ordinary sunglasses are not dark enough.

Do not apply full voltage to a lamp that has broken or cracked glass. Circuits can be tested at three volts without harm.

Be very careful in handling halogen lamps. When lighted, the glass is almost red hot. Careless handling may cause a halogen lamp to explode.

### Permission to Remove and Examine

Do not remove or work on lamps after a crash without the owner's permission or other proper legal authorization. To do so may make your examination worthless as evidence in court. This usually limits preliminary examination to observation of the lamp in the vehicle. For legal authorization to remove the lamps, consult the attorney handling the case for a civil action, or the prosecutor in a criminal case.

### Off-Vehicle Examination

After lamps have been removed, with permission, they can be examined more carefully in a convenient place.

*Lamps with broken* bulbs and exposed filaments are easily examined with the unaided eye, with a magnifier, or if necessary, with a microscope. In the unlikely event that a sealed beam headlamp is examined, it may be helpful to bend aside the shade (hood) to look at filaments. However, if this is done, make a written note of it so that it will not appear to have happened in the crash.

*Lamps with bulbs intact* rarely need to be broken open for examination. Filaments of miniature lamps are usually sufficiently visible through the glass of the bulb. Filaments of sealed beam lamps can be viewed by looking into the lamp through one or another of several spots in the lens where the glass is unshaped The eye must be held very close to the lens surface The filaments are seen mirrored and magnified in the silvered rear surface of the bulb.

If there is still a question after visual examination whether the filament is intact, test the filament circuit to determine whether the filament will conduct electricity. Use low voltage to prevent damage (Exhibit 91). To examine broken or parted ends of filaments with a microscope or high-powered magnifier, one must place the lens very close to the filament. Then the glass bulb may have to be opened.

### Opening Motor-Vehicle Lamps

*Avoid opening lamps* if possible. All but a few filaments in unbroken bulbs can be examined adequately without recourse to destructive measures. Exceptions are:

- Very small lamps may be so blackened by age deposits that the filament is invisible from outside.



*Exhibit 91. This is a schematic for a simple circuit tester made from flashlight batteries and a lamp. It will not burn out automobile lamp filaments.*

- Occasionally some sealed beam headlamps may have such bumpy lenses that the filaments are not clearly visible. There are not many such lamps.
- Microscopic examination of filaments is necessary. This rarely occurs.

Some laboratories routinely open all unbroken lamps to examine. They seem to have no rational reason for this usually needless operation.

An opened lamp is always more difficult to handle and store without further damage. In many cases opening the lamp leads to loss or breakage of the parts that show signs of on or off.

Sometimes, especially with sealed beam headlamps, it is desirable to open bulbs to photograph the filaments. Because sealed beam headlamps are rarely encountered now, there is little reason to open any lamps. Courtroom explanation of abnormalities may make photographic enlargements desirable. That may be sufficient reason to open a lamp. However, this can usually be adequately accomplished without opening any lamp.

Halogen lamps are special. Advice against opening goes double for halogen lamps. They are difficult and dangerous to open and they are quite easy to look into. If you have a sealed beam lamp with a halogen capsule, the surrounding lens and reflector may have to be opened, as a rule, to examine the filament. However, this does not expose or endanger the filament in the capsule.

*Miniature bulbs* are easily opened. One way is to cover the bulb with a plastic bag and squeeze it in a vise until it breaks. The plastic bag catches the glass and loose bits of filament.

Another way is to score the bulb around the neck where the glass joins the base. Do this with a small triangular file. Then hold the base firmly and tap the bulb briskly with a pair of pliers or a small hammer. Often the bulb will come loose where it has been scored and can be lifted neatly off. If this does not happen try squeezing it in a vise.

Note the condition of the filament before and after breaking open the bulb so it can be determined if the filament was damaged in breaking the glass.

*Instrument panel lights* are usually little bulbs without metal bases, sometime called "wedgies." If one of these needs to be opened, score around the bulb opposite the bead on the filament supports with a small triangular file. Before scoring all the way around, the bulb may break off or break apart. If it does not do so, tap it briskly with pliers. On such a small bulb, there is danger of damaging the tiny filament when the glass breaks. Watch out for this.

*Opening sealed beam headlamps* is difficult because lenses and most reflectors are made of very strong glass and are fused or cemented together.

*The easiest to open* are lamps in which an inner bulb can be removed from the rear of the reflector for replacement. Replacement halogen lamps for headlights are in this category. They are not sealed.

*A sealed beam lamp* can be broken open by smashing in the lens with a hammer. This destructive operation may easily do more harm than good. Do it only when time does not allow postponing the opening until a better method can be used. If smashing is necessary, tape the lens to prevent glass shards from damaging the filament, and put the lamp in a bag to catch the

Case 3:22-cv-00627-SDD-RLB   Document 63-12   03/07/24   Page 29 of 31

a passenger car tire. However, this would equate to a passenger car tire coefficient of friction of approximately 0.70. Slide values on a wet, aggressively textured concrete, at rated load from 40 mi/h, ranged from 0.38 to 0.58, with a cluster of values in the range of 0.43 to 0.48.

The *Accident Reconstruction Journal* has published several articles related to the skid testing of heavy trucks or vehicles with heavy truck tires (school buses, fire engines, etc.) and a comparison with passenger car tires. In 1989, the Maryland State Police[17] conducted such tests on a dry concrete surface. A Chevrolet Caprice was used for the passenger car, which produced an average deceleration of 0.75 $g$'s. A two axle fire engine, loaded and unloaded, produced a deceleration of 0.55 $g$'s, or 73.3 percent of the passenger car tested. An International school bus was also tested, both loaded and unloaded, producing a deceleration of 0.56 $g$'s (loaded) and 0.64 $g$'s (unloaded), or 75 to 85 percent of the passenger car tested.

In 1991, Boise State University[18] conducted similar skid tests with a Ford L-8000 straight truck and a truck tractor double trailer combination. A police car was skid tested and used for a base passenger car deceleration factor of 0.88 $g$'s. The straight truck was able to achieve a deceleration of 0.73 $g$'s or 83 percent of the passenger car. The truck tractor double trailer achieved a deceleration of 0.69 $g$'s or 78 percent of the passenger car.

For wet road conditions, the truck tire is predicted to be about 70 to 80 percent of the passenger car tire[19] on the same wet road conditions. This reduction applies to both asphalt and concrete wet road surfaces. For winter conditions with ice and snow,[20] the heavy truck on packed snow had an average braking coefficient of friction of 0.23 and a traction coefficient of 0.15. The heavy truck on bare ice at − 6° C has an average braking friction coefficient of about 0.06. The Minnesota State Police conducted heavy truck skid tests on ice[21] by spraying water on the ground at an airport and allowing it to freeze. The average test truck friction coefficient was 0.06 to 0.11.

Crawford, et al[22] conducted skid tests to determine how the antilock braking systems (ABS) affect the stopping characteristics of tractor-semitrailers on dry roads. The testing that was done supported the 75 to 85 percent reduction in passenger car drag factor for tractor-semitrailers without ABS and when only the tractor had ABS. When the entire combination truck was equipped with ABS, the drag factor was in the 80 to 85 percent range of passenger car drag factor. They concluded the primary benefit of ABS for a tractor-semitrailer, when stopping on dry pavement, was the enhanced lateral stability while braking.

## Single Adjusted Drag Factor Method

This method makes it possible to put all the parameters that affect the deceleration of a heavy truck into a single value. Those parameters include the heavy truck tire composition, mechanical condition of the brake components, a properly adjusted air brake system, and a properly maintained braking system overall. If the characteristics and condition of the vehicle make it possible to treat the heavy truck as a closed system, it will only be necessary to multiply the passenger car deceleration factor by the heavy truck tire adjustment factor. Then the grade of the road at the crash site, if any, must be accounted for in this factor.

Based on the information that has been found concerning the difference between the coefficient of friction of truck tires and car tires, a range of 75 to 85 percent should be used in order to determine what a truck tire coefficient of friction would be compared to a car tire coefficient of friction. This would be considered a "Single Adjusted Drag Factor Method" of analysis because only a single value that has been adjusted will be applied to the total braking distance or skid mark of the heavy truck, if no brake deficiencies have been discovered. For example, if skid tests of a passenger car produced a deceleration of 0.75 $g$'s, a truck with no braking deficiencies would be

535

unit, so that the overall combination vehicle application timing is at a minimum. In a typical truck tractor semitrailer, the trailer is the limiting factor in determining application timing because its brakes are farther from the brake control valve than the brakes on the tractor.

Pneumatic release timing is defined as the time required for the pressure in the brake chambers to fall to a relatively low level. FMVSS release times are shown in Exhibit 121. With an initial service brake chamber air pressure of 95 psi, the air pressure in each brake chamber shall, when measured from the first movement of the service brake control, fall to five psi in not more than the time specified in Exhibit 121. Release timing should also be as fast as possible and can affect vehicle stability. If a driver, attempting to stop a vehicle, locks its wheels, causing the vehicle to skid, immediate release of the brakes may be necessary if the driver is to regain control. Release timing in a combination vehicle, also affects the coupling forces between the two units. If the trailer release timing is equal to or slower than the tractor release timing (the latter is usually the case) there is no increase in the compressive coupling forces. Release of the brakes while decelerating will actually result in a reduction of the compressive coupling forces during braking. If the tractor brakes completely release while the trailer brakes are still applied, the compressive coupling forces will go into tension, and the drivers ability to recover from a trailer wheel lockup situation (and potential trailer swing out) will be hampered. If the tractor brakes release after the trailer brakes are released, compressive coupling forces will increase. For maximum stability on combination vehicles, the tractor brakes should release at the same time as or before the trailer brakes.

## Air Brake Lag Time

Air brake lag time is the time from initial brake pedal application to when hard braking begins, usually with visible tire marks. Although not the same as pneumatic timing, it is highly dependent upon pneumatic timing, and occurs during the apply transient phase. Where pneumatic application time is the time required for the brake chambers to reach a relatively high pressure level after the driver has depressed the brake pedal (air pressure lag), brake lag time is that time plus the mechanical lag or buildup of brake force. Brake lag time must be considered when calculating the total stopping distance of a air braked heavy truck. The reconstructionist is also interested in brake lag time when performing a time-distance analysis. This time is usually added to the driver's perception-reaction time when performing this analysis. Thus, the total stopping distance for a vehicle equipped with an air brake system is comprised of three different distances:

$$
\begin{array}{ll}
 & \text{Perception/reaction distance} \\
+ & \text{Brake lag distance} \\
+ & \underline{\text{Effective braking distance}} \\
= & \text{Total stopping distance}
\end{array}
$$

A brake lag time of one-half second is most commonly used by crash reconstructionists. This time has been taken from the FMVSS 121 requirements that an air brake system achieve 60 psi in approximately one-half second (0.45 to 0.50 s). To use this brake lag time, the following assumptions are made:

- The air brake system will take all the required maximum time to reach 60 psi
- The brakes will not lock until they reach 60 psi
- No braking force occurs until the wheels are locked.

The time specified in FMVSS 121 is the time to achieve 60 psi at the air chamber, which may or may not be enough to lock the wheels. More time may be required to lock the brake on a fully loaded combination vehicle or long combination vehicle. Less time may be required to lock the

596